**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DPG

FILED BY _____KP_____ D.C.
Nov 18, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

DAVID RIVERA, and
ESTHER NUHFER,

Defendants.

UNDER SEAL

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through its undersigned counsel, respectfully requests that the Court seal the United States' *Ex Parte* Application for Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), this Motion, and any resulting Order, with the exception that the United States be allowed to disclose such documents for purposes of effectuating law enforcement goals, including that of restraint and forfeiture. Premature disclosure of the information contained in the identified documents could jeopardize an ongoing federal criminal investigation by alerting defendants of their impending arrests and causing the dissipation of assets subject to forfeiture.

The United States also requests that the aforementioned documents be automatically unsealed when the Indictment is unsealed.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:    /s/ Joshua Paster
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov