UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _22 - 20552 - Cr - Cooke / Torres_

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                          **WAIVER**

David Rivera
        Defendant.

_____ /

I, _David Rivera_, the above-named defendant,
being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern
District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to _a speedy trial under the Speedy Trial Act and a speedy arraignment._

2) I possess full knowledge and understanding of the charges pending against me in
   this case.

3) Of my own free will, I do hereby refuse and waive in open court on
   _Dec 18, 2022_, my right to _a speedy arraignment and agree that the time between my first appearance on Dec 20 2022 and the date of my arraignment shall be excludable time under 18 USC § 3161 (h)(7)(A) and that the ends of justice served by the granting of the continuance of my arraignment outweigh the best interests of the public and mine in a speedy trial._

DATED: _12/20/22_

_____ Defendant

_____ Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

        The undersigned United States Magistrate Judge certifies that the defendant, having been
advised of his Constitutional rights, has refused and waived his/her right to
_speedy trial and speedy arraignment_.

DATED this _20th_ day of _December_, 2022, at <u>Miami, Florida</u>
Southern District of Florida.

TAPE NO.:

_____
JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel, Probation, U.S. Marshal