UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 22-20552-CR-GAYLES/TORRES

UNITED STATES OF AMERICA

vs.

DAVID RIVERA and ESTHER NUHFER,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE REPORT RE: COUNSEL AND ARRAIGNMENT

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Continue Report Re: Counsel and Arraignment [ECF No. 70], and

After due consideration, the motion is **GRANTED**.

The hearing scheduled for June 30, 2023, for Report Re: Counsel and Arraignment is continued until **August 14, 2023**.

**DONE AND ORDERED** this 23rd day of June, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE