UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
[MIAMI DIVISION]

UNITED STATES OF AMERICA,   CASE NO. 22-20552-CR-GAYLES/TORRES

    Plaintiff,

v.

DAVID RIVERA,

    Defendants.
_____//

### DEFENDANT DAVID RIVERA'S NOTICE OF THE UNOPPOSED WITHDRAWAL OF HIS MOTION TO MODIFY BOND CONDITIONS (D.E. 71)

Defendant, David Rivera, through counsel,[1] hereby files this Notice of the Unopposed Withdrawal of His Motion to Modify Bond Conditions (D.E. 71) to allow for Mr. Rivera and his attorneys to apply for and determine whether they can obtain OFAC licenses to be able to engage for "services" from Raul Gorrin in Venezuela.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 88.9(a), the undersigned certifies that counsel have conferred with AUSA Harold Schimkat in a good faith effort to resolve the issues raised in this motion and that AUSA Schimkat has no objection to the motion being withdrawn and refiled at a later date.

    Respectfully submitted,

    **JONES WALKER LLP**
    201 S. Biscayne Blvd., Suite 3000

---

[1] Pursuant to Local Rule 11.1(d)(1) the filing of this motion is not intended to constitute the permanent appearance of the undersigned counsel who have heretofore appeared only as temporary counsel pending final resolution to their Motion to Lift *Lis Pendens*. (*See e.g.,* DE 37, 38 and 40).

#101519212v1

        Miami, FL 33131
        Telephone: (305) 679-5700
        Facsimile: (305) 679-5710
        By:   */s/ Edward R. Shohat*
            **Edward R. Shohat**
            Florida Bar No. 152634
            eshohat@joneswalker.com
            for Defendant Rivera

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

        */s/ David S. Weinstein*
        David S. Weinstein

#101519212v1