UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20552-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DAVID RIVERA and
ESTHER NUHFER**,

    Defendants.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD [ECF NO. 224]

THIS CAUSE came before the Court on the Unopposed Motion to Withdraw as Counsel of Record, filed by the United States of America on September 25, 2024 [ECF No. 224].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. Finding good cause, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Assistant United States Attorney Nalina Sombuntham is permitted to withdraw as counsel of record. Assistant United States Attorney Joshua Paster remains as counsel of record for the United States on forfeiture matters.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of September, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE