# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  22-CR-20552-DAMIAN

**UNITED STATES OF AMERICA**,

 Plaintiff,

v.

**DAVID RIVERA and
ESTHER NUHFER**,

 Defendants.

_____/

### ORDER GRANTING JOINT MOTION REQUESTING
### STATUS CONFERENCE [ECF NO. 314]

 THIS CAUSE came before the Court on the Defendants' Joint Motion Requesting Status Conference, filed December 30, 2025 [ECF No. 314].

 THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised, and, noting the Motion is unopposed, it is hereby

 **ORDERED AND ADJUDGED** that the Motion [**ECF No. 314**] is **GRANTED**. The Status Conference is set for January 16, 2026, at 10:00 AM in in Courtroom 4 on the 10th Floor of the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132.

 **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 7th day of January, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record