UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

v.

DAVID RIVERA and
ESTHER NUHFER,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the Court following a Status Conference held January 16, 2026, at which the United States of America and Defendants, David Rivera and Esther Nuhfer, through counsel, appeared before the undersigned to address scheduling matters and the following pending motions:

- **ECF No. 283**: Defendants' Joint Motion to Dismiss Counts 1–8 of the Superseding Indictment, filed July 24, 2025;

- **ECF No. 284**: Defendants' Joint Motion—*In The Alternative*—to Dismiss Counts 3–8 of the Superseding Indictment, filed July 24, 2025;

- **ECF No. 297**: Defendant David Rivera's Motion to Sever Tax Counts, filed October 2, 2025;

- **ECF No. 298**: Defendants' Motion to Strike Prejudicial and Confusing Surplusage from the Superseding Indictment, filed October 7, 2025;

- **ECF No. 304**: Defendant Esther Nuhfer's Joinder in David Rivera's Motion to Sever Tax Counts, filed October 28, 2025;

- **ECF No. 312**: Defendants' Motion for a Handout Juror Questionnaire, filed December 17, 2025; and

- **ECF No. 313**: Defendants' Joint Motion to Continue Trial, filed December 19, 2025.

THE COURT has reviewed the above-referenced Motions, the Parties' respective briefing, and the pertinent portions of the record and is otherwise fully advised. The Court also heard argument from the Parties, through counsel, at the January 16, 2026 Status Conference.

For the reasons stated on the record at the Status Conference, and as further detailed on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Joint Motion to Dismiss Counts 1–8 of the Superseding Indictment [**ECF No. 283**] and Defendants' Joint Motion—*In The Alternative*—to Dismiss Counts 3–8 of the Superseding Indictment [**ECF No. 284**] are **DENIED**. The Court's rulings will be further explained in a separate written order.

2. Defendant David Rivera's Motion to Sever Tax Counts [**ECF No. 297**] and Defendant Esther Nuhfer's Joinder in the Motion to Sever Tax Counts [**ECF No. 304**] are **GRANTED**. Counts 9, 10, and 11 of the Superseding Indictment are severed for purposes of trial only. A trial scheduling order on these Counts will be entered by separate order.

3. Defendants' Motion to Strike Prejudicial and Confusing Surplusage from the Superseding Indictment [**ECF No. 298**] is **TAKEN UNDER ADVISEMENT**. The Court will rule on this Motion after consideration of the evidence and testimony at trial.

4. Defendants' Motion for a Handout Juror Questionnaire [**ECF No. 312**] is **GRANTED**. The Parties shall prepare an agreed form of juror questionnaire handout and

submit it to the Court by no later than **February 23, 2026**. The proposed form shall include any questions on which the parties do not agree and so indicate.

    5.    Defendants' Joint Motion to Continue Trial [**ECF No. 313**] is **GRANTED IN PART.** Finding that the grounds asserted for a continuance sufficiently demonstrate cause, the Court finds the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date of the Joint Motion, December 19, 2025, to and including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

    THIS CAUSE is **Special Set** for **Jury Trial** to begin **March 16, 2026 for Jury Selection with Opening Statements and trial testimony to begin March 23, 2026**. A Final Pretrial Conference will be held on **Friday, February 27, 2026, at 9:00 a.m.** Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case will be held in Courtroom 4, on the 10th Floor, at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132.

    The Parties shall adhere to the following schedule:

    The deadline for the tendering of guilty pleas is **March 2, 2026**. *See* United States Sentencing Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); *see also, e.g.*, *United States v. Gamb*oa, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

The Parties shall exchange proposed witness and exhibit lists by **February 4, 2026**. The Parties shall have until **February 11, 2026**, to supplement their witness and exhibit lists based on disclosures by the opposing parties.

All pre-trial motions[1] and motions *in limine* must be filed by **February 6, 2026**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Because the parties must combine all motions *in limine* into one motion, motions *in limine* may exceed the page limits allowed by the Rules by up to 10 additional pages. Additional extensions of the page limits require leave of Court. Any responses shall be due by **February 17, 2026**, and any replies shall be due by **February 23, 2026**.

Any briefing regarding trial subpoenas shall be filed by **February 6, 2026**. Any such motions will be referred to Magistrate Judge Edwin G. Torres.

**NO FURTHER CONTINUANCES OR EXTENSIONS WILL BE GRANTED** absent compelling circumstances.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 20th day of January, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record

---

[1] No additional dispositive motions (*i.e.*, motions to dismiss) may be filed absent prior leave of court.