UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA

vs.

DAVID RIVERA
ESTHER NUHFER
_____/

**MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

David Rivera and Esther Nuhfer move for issuance of a writ of habeas corpus ad testificandum to the U.S. Marshal Service requiring it to produce at the trial in this case Nicolas Maduro, who is currently confined at the Metropolitan Detention Center (MDC) Brooklyn, New York. The testimony of Mr. Maduro is material and necessary at this trial, which is scheduled to begin at 9:00 a.m., on March 23, 2026, in courtroom 4, 10th Floor, James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida 33132. It is expected that Maduro would not be called until the defense case started sometime in mid-April.

Counsel has conferred with Mr. Maduro's counsel, Barry Pollack, who will address this subpoena with his client.  Mr. Pollack requests that no writ ad testificandum be issued before giving him a reasonable opportunity to discuss the subpoena with his client.

1

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street, PH1
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:     /s/ David Oscar Markus
        David Oscar Markus
        dmarkus@markuslaw.com

        /s/ A. Margot Moss
        A. Margot Moss
        mmoss@markuslaw.com
        *for Defendant Nuhfer*