# Exhibit 1



**Maria Lievano-Cruz** · 2nd

Attorney with over 20 years of experience in both the public and private sector focusing on land development, transportation, and governmental regulations.

Miami-Fort Lauderdale Area · **Contact info**

500+ connections

Alejandro, Christina Marie and 19 other mutual connections

[+ Connect]   [✈ Message]   [...]

GLC Real Estate, Inc

New England Law | Boston

---

**Activity**   [+ Follow]
920 followers

[Posts]   [Comments]

**Maria Lievano-Cruz** · 2nd
Attorney with over 20 years of experience i...
11mo · 🌐

I'm happy to share that I'm starting a new position as VP at GLC Real Estate, Inc !

**Maria Lievano-Cruz** · 2nd
Attorney with over 20 years of experience i...
5yr · 🌐

**Orlando Economic Partnership**
28,625 followers
5yr · 🌐

Big news for Orlando transportation! **Virgin Trains** has laid tracks at the new multimodal ter-

 **Maria Lievano-Cruz**
Attorney with over 20 years of experience in both the public and private sector focusing on land development, transportation, and governmen



Starting a new position

122    77 comments



Trains has laid tracks at the new multimodal terminal at Greater Orlando Aviation... more

Orlando airport moving ahead with Virgin tracks, ...
bit.ly

8    1 comment

Show all →

## Experience

 **VP**
GLC Real Estate, Inc
Jan 2025 - Present · 1 yr 2 mos
Miami, Florida, United States

 **Director of Corporate Development**
Florida East Coast Industries
Nov 2015 - Dec 2024 · 9 yrs 2 mos

 **Chief of Staff**
Miami-Dade County
Jan 2002 - Oct 2015 · 13 yrs 10 mos
Miami/Fort Lauderdale Area