# Exhibit 4

# MIAMI-DADE COUNTY LOBBYIST REPORTING SYSTEM
County Clerk's Office

ALL ▼   Search for Lobbyists and Principal

Login    Registration

Lobbyists

# DIAZ, JOSE F

Past Registrations ⌄

**Type**
Lobbyist

**Address**
2 ALHAMBRA PLAZA, SUITE 102
CORAL GABLES, FL, 33134
USA

**Status**
Active

**Phone Number**
(305) 456-8479

**Lobbyist Training**
Next Ethics Training Due on 10/24/2026

Calendar Year
All Years ▼

PRINCIPAL   FILINGS   FINES   DOCUMENTS

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2023 | ADRIENNE ARSHT CENTER FOR THE PERFORMING ARTS | Authorized | 03/16/2023 | |
| 2024 | ADRIENNE ARSHT CENTER FOR THE PERFORMING ARTS | Authorized | 03/16/2023 | |
| 2025 | ADRIENNE ARSHT CENTER FOR THE PERFORMING ARTS | Authorized | 03/16/2023 | |
| 2026 | ADRIENNE ARSHT CENTER FOR THE PERFORMING ARTS | Authorized | 03/16/2023 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2025 | AGI | Authorized | 05/20/2025 | |
| 2026 | AGI | Authorized | 05/20/2025 | |
| 2023 | ALLIED UNIVERSAL CORP | Withdrawn | 01/31/2022 | 08/30/2023 |
| 2023 | AMAZON.COM SERVICES LLC | Authorized | 02/03/2022 | |
| 2024 | AMAZON.COM SERVICES LLC | Authorized | 02/03/2022 | |
| 2025 | AMAZON.COM SERVICES LLC | Authorized | 02/03/2022 | |
| 2026 | AMAZON.COM SERVICES LLC | Authorized | 02/03/2022 | |
| 2023 | ATLAS AIR WORLDWIDE | Authorized | 04/18/2023 | |
| 2024 | ATLAS AIR WORLDWIDE | Authorized | 04/18/2023 | |
| 2025 | ATLAS AIR WORLDWIDE | Authorized | 04/18/2023 | |
| 2026 | ATLAS AIR WORLDWIDE | Authorized | 04/18/2023 | |
| 2023 | BCC ENGINEERING, INC. | Authorized | 06/07/2022 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Dat |
|---|---|---|---|---|
| 2025 | BCC Engineering, LLC | Authorized | 01/23/2025 | |
| 2026 | BCC Engineering, LLC | Authorized | 01/23/2025 | |
| 2023 | BISCAYNE BAY WATERKEEPER | Authorized | 11/14/2023 | |
| 2024 | BISCAYNE BAY WATERKEEPER | Authorized | 11/14/2023 | |
| 2025 | BISCAYNE BAY WATERKEEPER | Authorized | 11/14/2023 | |
| 2026 | BISCAYNE BAY WATERKEEPER | Authorized | 11/14/2023 | |
| 2023 | BLACKSTONE ADMINISTRATIVE SERVICES PARTNERSHIP, LP | Withdrawn | 01/13/2022 | 08/30/2023 |
| 2023 | BRANDSMART, USA | Withdrawn | 01/11/2022 | 08/30/2023 |
| 2025 | C&W FACILITY SERVICES | Withdrawn | 02/04/2025 | 12/04/2025 |
| 2024 | CARAHSOFT | Authorized | 02/21/2024 | |
| 2025 | CARAHSOFT | Authorized | 02/21/2024 | |
| 2024 | CBM PREMIER MANAGEMENT, LLC | Authorized | 02/02/2024 | |
| 2025 | CBM PREMIER MANAGEMENT, | Authorized | 02/02/2024 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Dat |
|---|---|---|---|---|
| | LLC | | | |
| 2026 | CBM PREMIER MANAGEMENT, LLC | Authorized | 02/02/2024 | |
| 2023 | CBRE HEERY, INC | Authorized | 03/23/2022 | |
| 2024 | CBRE HEERY, INC | Authorized | 03/23/2022 | |
| 2025 | CBRE HEERY, INC | Authorized | 03/23/2022 | |
| 2026 | CBRE HEERY, INC | Authorized | 03/23/2022 | |
| 2023 | CLARITY VALUE | Authorized | 01/13/2022 | |
| 2023 | COMPOLOGY, INC. | Withdrawn | 01/27/2022 | 01/24/2023 |
| 2024 | CORE & MAIN LP | Authorized | 02/05/2024 | |
| 2025 | CORE & MAIN LP | Authorized | 02/05/2024 | |
| 2026 | CORE & MAIN LP | Authorized | 02/05/2024 | |
| 2023 | DELL TECHNOLOGIES, INC. | Authorized | 01/14/2022 | |
| 2024 | DELL TECHNOLOGIES, INC. | Authorized | 01/14/2022 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2025 | DELL TECHNOLOGIES, INC. | Authorized | 01/14/2022 | |
| 2026 | DELL TECHNOLOGIES, INC. | Authorized | 01/14/2022 | |
| 2023 | DESIGNA ACCESS CORPORATION | Authorized | 01/14/2022 | |
| 2023 | DOORDASH, INC. | Authorized | 01/20/2023 | |
| 2024 | DOORDASH, INC. | Authorized | 01/20/2023 | |
| 2025 | DOORDASH, INC. | Authorized | 01/20/2023 | |
| 2026 | DOORDASH, INC. | Authorized | 01/20/2023 | |
| 2025 | FLORIDA POWER & LIGHT COMPANY | Authorized | 01/29/2025 | |
| 2026 | FLORIDA POWER & LIGHT COMPANY | Authorized | 01/29/2025 | |

Rows per page: 50    1 - 50 of 172    <   >

**MIAMI-DADE COUNTY LOBBYIST REPORTING SYSTEM**
County Clerk's Office

ALL ⌄   Search for Lobbyists and Principal

Login                                                           Registration

Lobbyists

# DIAZ, JOSE F

Past Registrations ⌄

**Type**
Lobbyist

**Address**
2 ALHAMBRA PLAZA, SUITE 102
CORAL GABLES, FL, 33134
USA

**Status**
Active

**Phone Number**
(305) 456-8479

**Lobbyist Training**
Next Ethics Training Due on 10/24/2026

PRINCIPAL    FILINGS    FINES    DOCUMENTS

Calendar Year
All Years ▾

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2024 | FORTUNE BRANDS INNOVATIONS, INC. | Authorized | 05/08/2024 | |
| 2025 | FORTUNE BRANDS INNOVATIONS, INC. | Authorized | 05/08/2024 | |
| 2024 | FRIENDS OF THE UNDERLINE, INC. | Authorized | 12/11/2024 | |
| 2025 | FRIENDS OF THE UNDERLINE, INC. | Authorized | 12/11/2024 | |
| 2026 | FRIENDS OF THE | Authorized | 12/11/2024 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
|  | UNDERLINE, INC. |  |  |  |
| 2023 | GLOBAL TEL LINK | Authorized | 01/11/2022 |  |
| 2023 | GOOGLE LLC AND ITS AFFILIATES | Authorized | 12/02/2022 |  |
| 2024 | GOOGLE LLC AND ITS AFFILIATES | Authorized | 12/02/2022 |  |
| 2025 | GOOGLE LLC AND ITS AFFILIATES | Authorized | 12/02/2022 |  |
| 2026 | GOOGLE LLC AND ITS AFFILIATES | Authorized | 12/02/2022 |  |
| 2025 | GREAT FLIGHT | Authorized | 05/19/2025 |  |
| 2026 | GREAT FLIGHT | Authorized | 05/19/2025 |  |
| 2025 | HELO Luxury Air Mobility, Inc. | Authorized | 05/06/2025 |  |
| 2026 | HELO Luxury Air Mobility, Inc. | Authorized | 05/06/2025 |  |
| 2023 | HISTORY MIAMI MUSEUM | Authorized | 08/14/2023 |  |
| 2024 | HISTORY MIAMI MUSEUM | Authorized | 08/14/2023 |  |
| 2025 | HISTORY MIAMI MUSEUM | Authorized | 08/14/2023 |  |
| 2026 | HISTORY MIAMI MUSEUM | Authorized | 08/14/2023 |  |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2023 | HNTB CORPORATION | Authorized | 02/03/2022 | |
| 2025 | HNTB CORPORATION | Authorized | 02/16/2025 | |
| 2026 | HNTB CORPORATION | Authorized | 02/16/2025 | |
| 2023 | HOUSING TRUST GROUP, LLC | Authorized | 01/03/2022 | |
| 2024 | HOUSING TRUST GROUP, LLC | Authorized | 01/03/2022 | |
| 2025 | HOUSING TRUST GROUP, LLC | Authorized | 01/03/2022 | |
| 2026 | HOUSING TRUST GROUP, LLC | Authorized | 01/03/2022 | |
| 2023 | HUMANA | Withdrawn | 02/24/2022 | 01/24/2023 |
| 2023 | IAERO GROUP PARENT, INC. | Withdrawn | 01/20/2022 | 01/24/2023 |
| 2023 | IKE SMART CITY, LLC | Authorized | 09/19/2022 | |
| 2024 | IKE SMART CITY, LLC | Authorized | 09/19/2022 | |
| 2025 | IKE SMART CITY, LLC | Authorized | 09/19/2022 | |
| 2026 | IKE SMART CITY, LLC | Authorized | 09/19/2022 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| 2025 | IL Villaggio Condominium Association, Inc. | Withdrawn | 02/21/2025 | 12/04/2025 |
| 2023 | INTERNATIONAL ATLANTIC LLC | Authorized | 02/14/2022 | |
| 2024 | INTERNATIONAL ATLANTIC LLC | Authorized | 02/14/2022 | |
| 2025 | INTERNATIONAL ATLANTIC LLC | Authorized | 02/14/2022 | |
| 2026 | INTERNATIONAL ATLANTIC LLC | Authorized | 02/14/2022 | |
| 2023 | KASEYA | Authorized | 12/23/2022 | |
| 2024 | KASEYA | Authorized | 12/23/2022 | |
| 2025 | KASEYA | Authorized | 12/23/2022 | |
| 2026 | KASEYA | Authorized | 12/23/2022 | |
| 2023 | KPMG LLP | Authorized | 03/24/2022 | |
| 2023 | L3 HARRIS TECHNOLOGIES | Authorized | 01/31/2022 | |
| 2025 | L3HARRIS TECHNOLOGIES, | Authorized | 02/26/2025 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn Date |
|---|---|---|---|---|
| | INC. | | | |
| 2026 | L3HARRIS TECHNOLOGIES, INC. | Authorized | 02/26/2025 | |
| 2025 | LR Miami Airport Hotel LLC | Authorized | 05/27/2025 | |
| 2026 | LR Miami Airport Hotel LLC | Authorized | 05/27/2025 | |
| 2023 | LRMF OWNER LLC | Authorized | 07/11/2022 | |
| 2024 | LRMF OWNER LLC | Authorized | 07/11/2022 | |
| 2025 | LRMF OWNER LLC | Authorized | 07/11/2022 | |
| 2026 | LRMF OWNER LLC | Authorized | 07/11/2022 | |

Rows per page: 50   51 - 100 of 172   ‹  ›

MIAMI-DADE COUNTY LOBBYIST REPORTING SYSTEM
County Clerk's Office

ALL ▼    Search for Lobbyists and Principal

Login    Registration

Lobbyists

# DIAZ, JOSE F

Past Registrations ⌄

**Type**
Lobbyist

**Address**
2 ALHAMBRA PLAZA, SUITE 102
CORAL GABLES, FL, 33134
USA

**Status**
Active

**Phone Number**
(305) 456-8479

**Lobbyist Training**
Next Ethics Training Due on 10/24/2026

Calendar Year

| PRINCIPAL | FILINGS | FINES | DOCUMENTS | All Years ▼ |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
| 2023 | MIAMI CHRISTMAS LIGHTS | Authorized | 03/24/2022 | |
| 2023 | MOUNT SINAI MEDICAL CENTER | Authorized | 01/14/2022 | |
| 2024 | MOUNT SINAI MEDICAL CENTER | Authorized | 01/14/2022 | |
| 2025 | MOUNT SINAI MEDICAL CENTER | Authorized | 01/14/2022 | |
| 2026 | MOUNT SINAI MEDICAL CENTER | Authorized | 01/14/2022 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|------|-----------|---------------------|-----------------|-----------|
| 2026 | National Strategies LLC/Tanium | Authorized | 01/16/2026 | |
| 2026 | National Strategies, LLC/Flock Safety | Pending | | |
| 2024 | NOVEN PHARMACEUTICALS INC | Authorized | 05/01/2024 | |
| 2025 | NOVEN PHARMACEUTICALS INC | Authorized | 05/01/2024 | |
| 2023 | ORANGE BARREL MEDIA, LLC | Authorized | 09/09/2022 | |
| 2024 | ORANGE BARREL MEDIA, LLC | Authorized | 09/09/2022 | |
| 2025 | ORANGE BARREL MEDIA, LLC | Authorized | 09/09/2022 | |
| 2026 | ORANGE BARREL MEDIA, LLC | Authorized | 09/09/2022 | |
| 2023 | PACASO, INC. | Withdrawn | 02/03/2022 | 08/30/2023 |
| 2023 | PADEL X | Authorized | 11/15/2023 | |
| 2024 | PADEL X | Authorized | 11/15/2023 | |
| 2025 | PADEL X | Authorized | 11/15/2023 | |
| 2026 | PADEL X | Authorized | 11/15/2023 | |
| 2025 | PARSONS TRANSPORTATION GROUP INC | Authorized | 08/07/2025 | |
| 2026 | PARSONS TRANSPORTATION GROUP INC | Authorized | 08/07/2025 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
| 2026 | POMTOC | Authorized | 01/09/2026 | |
| 2023 | PS (THE PRIVATE SUITE LAX, LLC) | Authorized | 01/21/2022 | |
| 2025 | PS (THE PRIVATE SUITE MIA, LLC) | Authorized | 01/14/2025 | |
| 2026 | PS (THE PRIVATE SUITE MIA, LLC) | Authorized | 01/14/2025 | |
| 2023 | PUTT SHACK | Withdrawn | 06/27/2022 | 08/30/2023 |
| 2023 | REDSPEED USA | Authorized | 09/26/2023 | |
| 2024 | REDSPEED USA | Authorized | 09/26/2023 | |
| 2025 | REDSPEED USA | Authorized | 09/26/2023 | |
| 2026 | REDSPEED USA | Authorized | 09/26/2023 | |
| 2023 | REEF TECHNOLOGY | Withdrawn | 01/14/2022 | 01/24/2023 |
| 2025 | Routeware, INC | Authorized | 02/05/2025 | |
| 2026 | Routeware, INC | Authorized | 02/05/2025 | |
| 2023 | RUBICON GLOBAL, LLC | Authorized | 01/28/2022 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|------|-----------|---------------------|-----------------|-----------|
| 2024 | SAS INSTITUTE, INC | Authorized | 03/12/2024 | |
| 2025 | SAS INSTITUTE, INC | Authorized | 03/12/2024 | |
| 2026 | Serve Robotics, Inc. | Pending | | |
| 2023 | SHIFTSMART | Authorized | 07/08/2022 | |
| 2023 | SPARK LEARNING, INC | Authorized | 08/03/2022 | |
| 2024 | SPARK LEARNING, INC | Authorized | 08/03/2022 | |
| 2025 | SPARK LEARNING, INC | Authorized | 08/03/2022 | |
| 2026 | SPARK LEARNING, INC | Authorized | 08/03/2022 | |
| 2023 | SWARM, INC | Authorized | 04/29/2022 | |
| 2024 | SWARM, INC | Authorized | 04/29/2022 | |
| 2025 | SWARM, INC | Authorized | 04/29/2022 | |
| 2026 | SWARM, INC | Authorized | 04/29/2022 | |
| 2023 | SWERDLOW GROUP AND AFFILIATES | Authorized | 04/13/2023 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
| 2024 | SWERDLOW GROUP AND AFFILIATES | Authorized | 04/13/2023 | |
| 2025 | SWERDLOW GROUP AND AFFILIATES | Authorized | 04/13/2023 | |
| 2026 | SWERDLOW GROUP AND AFFILIATES | Authorized | 04/13/2023 | |
| 2024 | SWIRE PROPERTIES, INC | Authorized | 02/02/2024 | |

Rows per page: 50   101 - 150 of 172

MIAMI-DADE COUNTY LOBBYIST REPORTING SYSTEM
County Clerk's Office

ALL ▼  Search for Lobbyists and Principal

Login    Registration

Lobbyists

# DIAZ, JOSE F

Past Registrations ▼

**Type**
Lobbyist

**Address**
2 ALHAMBRA PLAZA, SUITE 102
CORAL GABLES, FL, 33134
USA

**Status**
Active

**Phone Number**
(305) 456-8479

**Lobbyist Training**
Next Ethics Training Due on 10/24/2026

Calendar Year

| PRINCIPAL | FILINGS | FINES | DOCUMENTS | All Years ▼ |
|---|---|---|---|---|

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
| 2025 | SWIRE PROPERTIES, INC | Authorized | 02/02/2024 | |
| 2026 | SWIRE PROPERTIES, INC | Authorized | 02/02/2024 | |
| 2024 | THE GOLDSTEIN ENVIRONMENTAL LAW FIRM, PA | Authorized | 08/29/2024 | |
| 2025 | THE GOLDSTEIN ENVIRONMENTAL LAW FIRM, PA | Authorized | 08/29/2024 | |
| 2026 | THE GOLDSTEIN ENVIRONMENTAL | Authorized | 08/29/2024 | |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
|  | LAW FIRM, PA |  |  |  |
| 2025 | The Sandbar Corporation | Authorized | 02/11/2025 |  |
| 2026 | The Sandbar Corporation | Authorized | 02/11/2025 |  |
| 2023 | TITAN AMERICA LLC | Authorized | 01/18/2022 |  |
| 2024 | TITAN AMERICA LLC | Authorized | 01/18/2022 |  |
| 2025 | TITAN AMERICA LLC | Authorized | 01/18/2022 |  |
| 2026 | TITAN AMERICA LLC | Authorized | 01/18/2022 |  |
| 2023 | TOTAL GREEN TROPICALS, INC. | Authorized | 10/04/2022 |  |
| 2025 | UNITED HEALTHCARE | Authorized | 02/24/2025 |  |
| 2026 | UNITED HEALTHCARE | Authorized | 02/24/2025 |  |
| 2023 | UNQORK | Withdrawn | 01/13/2022 | 08/30/2023 |
| 2023 | VERIZON WIRELESS | Authorized | 01/31/2022 |  |

| Year | Principal | Authorization Status | Authorized Date | Withdrawn |
|---|---|---|---|---|
| 2023 | VITI PHARMACEUTICALS, LLC | Withdrawn | 02/03/2022 | 08/30/2023 |
| 2024 | ZOOX INC. | Authorized | 05/15/2024 | |
| 2025 | ZOOX INC. | Authorized | 05/15/2024 | |
| 2026 | ZOOX INC. | Authorized | 05/15/2024 | |
| 2025 | Zscaler Inc. | Authorized | 03/12/2025 | |
| 2026 | Zscaler Inc. | Authorized | 03/12/2025 | |

Rows per page: 50   151 - 172 of 172