# Exhibit 6





# Jose Felix Diaz  · 2nd

Driving economic and public policy results for governments and businesses — attorney, advisor, former Florida lawmaker.

Miami, Florida, United States · **Contact info**

9,655 followers · 500+ connections

  Marcos Daniel, Melissa and 145 other mutual connections

**+ Follow**   ◢ Message   View my services   ⋯

**B|P** Ballard Partners

Columbia University School of Law

Connect if you know each other                     ■+ Connect

🟧 Profile enhanced with Premium                                             ▾