UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN/TORRES

UNITED STATES OF AMERICA

vs.

DAVID RIVERA
ESTHER NUHFER
_____/

**NOTICE OF FILING ESTHER NUHFER'S WITNESS LIST**

Esther Nuhfer respectfully files the attached Witness List.

                                          Respectfully submitted,

                                          **MARKUS/MOSS PLLC**
                                          40 N.W. Third Street, PH1
                                          Miami, Florida 33128
                                          Tel: (305) 379-6667

                              By:    /s/ David Oscar Markus
                                     David Oscar Markus
                                     dmarkus@markuslaw.com

                                     /s/ A. Margot Moss
                                     A. Margot Moss
                                     mmoss@markuslaw.com

                                     /s/ Melissa Madrigal
                                     Melissa Madrigal
                                     mmadrigal@markuslaw.com