AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**ESTHER NUHFER'S WITNESS LIST**

V.

DAVID RIVERA, ESTHER NUHFER   Case Number: 22-CR-20552-DAMIAN

| PRESIDING JUDGE<br>MELISSA DAMIAN | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>MARKUS/MOSS |
|---|---|---|
| TRIAL DATE (S)<br>March 23, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Henry Ramos Allup |
| | | | | | Arnaldo Arcay |
| | | | | | Brian Ballard |
| | | | | | Maureen Blum |
| | | | | | Caroline Boothe |
| | | | | | Julio Borges |
| | | | | | Viviana Bovo |
| | | | | | Joel Brakha |
| | | | | | Donna Brown |
| | | | | | Bertica Cabrera Morris |
| | | | | | Gustavo Cardenas |
| | | | | | Kellyanne Conway |
| | | | | | Gina Coon |
| | | | | | Fernando Cutz |
| | | | | | Randall Ebner |
| | | | | | Raul Gorrin |
| | | | | | Sylvester Lukis |

|  |  |  |  |  | Nicolas Maduro |
|---|---|---|---|---|---|
|  |  |  |  |  | Kyle Matous |
|  |  |  |  |  | Brian Naranjo |
|  |  |  |  |  | Bridget Nocco |
|  |  |  |  |  | Edoardo Orsoni |
|  |  |  |  |  | Hugo Perrera |
|  |  |  |  |  | Jose Angel Pereira |
|  |  |  |  |  | Otto Reich |
|  |  |  |  |  | JJ Rendon |
|  |  |  |  |  | Jeannette Rubio |
|  |  |  |  |  | Marco Rubio |
|  |  |  |  |  | Pete Sessions |
|  |  |  |  |  | Carolina Sivoli |
|  |  |  |  |  | Willard Smith |
|  |  |  |  |  |  |
|  |  |  |  |  |  |