UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

v.

DAVID RIVERA and
ESTHER NUHFER,

Defendants.

_____/

## ORDER FOLLOWING MOTIONS HEARING

**THIS CAUSE** is before the Court *sua sponte*.

Following a Motions Hearing held March 20, 2026, and pursuant to this Court's directive in open Court, the United States of America hand-delivered copies of three Federal Bureau of Investigation ("FBI") FD-302 Reports of Interviews regarding interviews and/or meetings with then Senator Marco Rubio for *in camera* review. The undersigned has reviewed the Reports and compared the redacted versions of two of the Reports with unredacted versions of those same two Reports. The undersigned is satisfied that the redactions do not include information regarding the Defendants in the instant case nor regarding witnesses or issues relevant to issues in the instant case nor that there is any other basis upon which disclosure of the redactions would serve the Defendants' interests or needs in preparing their defense.

Accordingly, Defendants' *ore tenus* request, made at the Motions Hearing, to compel disclosure of the unredacted FD-302 Reports at issue is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 20th day of March, 2026.

_____

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**