**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-Cr-20552-Damian/Torres**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

   **Defendants.**

_____/

**GOVERNMENT'S SECOND AMENDED WITNESS LIST**

The United States of America, by and through the undersigned attorneys, hereby submits this notice of its second amended witness list.  The sole change from the previous amended witness list filed March 15, 2026 (ECF 403) is the removal of five current and former HSI personnel (Jay Varda, Matthew Picken, Roger Joseph, Steve Santini, and Matthew Wood) who were previously listed as witness nos. 21 through 25.  In addition, the government is correcting the name of witness no. 1, previously identified as "JJ Gilday," to "Jeffrey J. Gilday."

The following persons (in no particular order) may be called as witnesses for the government at trial in its case in chief:

1.   Jeffrey J. Gilday, DOJ-NSD

2.   Arnaldo Arcay

3.   Gina Coon

4.   John Butts

5.   Gustavo Cardenas

6.   Edoardo Orsoni

7.      Hugo Perera

8.      Maria Bertica Cabrera Morris

9.      Brian Ballard

10.     Joel Brakha

11.     Julio Borges

12.     Marco Rubio, Department of State

13.     Caroline Boothe

14.     Brian Naranjo, Department of State (Retired)

15.     Francisco Palmieri, Department of State

16.     Cynthia Loyet, Department of State (Retired)

17.     Regino Chavez, FBI

18.     Mike Petron

19.     Fernando Cutz, NSC (former)

20.     Juan Cruz, NSC (former)

21.     Donna Brown

22.     Jerome Thomas Machynski, FBI

23.     TFO Javier Garcia

24.     Miriam Klass (Spanish linguist)

The government further requests leave to add any additional witnesses that may become necessary during the course of trial.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:      /s/ Harold E. Schimkat
Harold E. Schimkat, AUSA
Roger Cruz, AUSA
Court ID No. A5500567
Fla. Bar No. 157971
99 N.E. 4th Street, 4th Floor
Miami, Florida 33128
Office: (305) 961-9298
Cell: (786) 378-4344
Harold.schimkat@usdoj.gov

&

David J. Ryan
Trial Attorney, National Security Division
Special Bar ID No. A5503306
District of Columbia Bar No. 888325195
950 Pennsylvania Ave., NW, Room 7700
Washington, DC 20530
Tel: (202) 353-7842
David.ryan2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

 /s/
David J. Ryan

3