UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN/TORRES

UNITED STATES OF AMERICA

vs.

DAVID RIVERA
ESTHER NUHFER

_____/

### DEFENDANTS' MOTION TO REQUIRE WITNESS HUGO PERERA TO TESTIFY IN ENGLISH WITHOUT AN INTERPRETER

David Rivera and Esther Nuhfer move for an order requiring witness Hugo Perera—a fluent English speaker, who has testified in English in a related case and who did not use an interpreter in his own criminal case—to testify in English without the use of an interpreter (although we have no objection to having an interpreter on standby should Mr. Perera require assistance with a particular word or question).

### 1.    Legal Standard

The use of an interpreter in federal court is governed by the Court Interpreters Act, 28 U.S.C. § 1827. The statute requires an interpreter only when a witness's English ability is insufficient such that it would interfere with comprehension or communication. The statute provides that an interpreter shall be used if the witness "speaks only or primarily a language other than the English language… so as to inhibit such party's comprehension of the proceedings or communication with counsel or the presiding judicial officer." 28 U.S.C. § 1827(d)(1).

Thus, the test is necessity, not preference.

The Eleventh Circuit has held that the need for an interpreter is a factual determination committed to the trial court's discretion. *United States v. Tapia*, 631 F.2d 1207, 1209 (5th Cir. 1980) ("the appointment of an interpreter is discretionary with the Court" and "the necessity for such an interpreter is a question of fact").

Accordingly, where a witness is capable of understanding and communicating in English, an interpreter is not required.

**2. Hugo Perera Is Fluent in English**

Hugo Perera, who went to high school and community college in the United States, has repeatedly demonstrated that he can understand and communicate in English in court proceedings, including:

•       He sat for a deposition related to this matter, which was conducted entirely in English (*see* attached deposition);

•       He was interviewed by the FBI in English in this case;

•       The proceedings in his prior criminal case in this Court were conducted in English (*see* attached arraignment minutes);

•       He answered questions and communicated effectively in English in those proceedings.

These facts establish that Mr. Perera's English ability does not "inhibit" his comprehension or communication within the meaning of § 1827.

**3. Use of an Interpreter When Unnecessary Prejudices the Jury and Interferes With Cross-Examination**

Where a witness is capable of testifying in English, the unnecessary use of an interpreter can interfere with the jury's ability to assess demeanor and credibility

and can affect the pacing and effectiveness of cross-examination. Because the statute requires an interpreter only when necessary, the Court should not permit the use of an interpreter where the witness is capable of testifying in English.

We have no objection if Mr. Perera would like to have an interpreter on standby during his testimony in the event he does not understand a particular word or question, but he should be required to testify in English as he has done in this Court and in depositions, all under oath, before.

Respectfully submitted

| **JONES WALKER LLP** | **MARKUS/MOSS PLLC** |
|---|---|
| 201 S. Biscayne Blvd., Suite 3000 | 40 N.W. Third Street, PH1 |
| Miami, FL 33131 | Miami, FL 33128 |
| Tel: (305) 679-5700 | Tel: (305) 379-6667 |
| By:   */s/ David S. Weinstein* | By:   */s/ David Oscar Markus* |
| **David S. Weinstein** | **David Oscar Markus** |
| Florida Bar No. 749214 | Florida Bar No. 119318 |
| dweinstein@joneswalker.com | dmarkus@markuslaw.com |
| | |
| **Thomas P. Bardenwerper** | **A. Margot Moss** |
| Florida Bar No. 1044458 | Florida Bar No. 91870 |
| tbardenwerper@joneswalker.com | mmoss@markuslaw.com |
| | |
| | **Melissa Madrigal** |
| **EDWARD R. SHOHAT, PA** | Florida Bar No. 93241 |
| 201 S. Biscayne Blvd., Suite 3000 | mmadrigal@markuslaw.com |
| Miami, FL  33131 | |
| Tel:  (786)525-3621 | *Counsel for Esther Nuhfer* |
| By:   */s/ Edward R. Shohat* | |
| | |
| **Edward R. Shohat** | |
| Florida Bar No. 152634 | |
| ed@edwardrshohat.com | |
| | |
| *Counsel for David Rivera* | |