# EXHIBIT 1

**Page 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 20-cv-3699

PDV USA, INC.,

    Plaintiff,

 -vs-

INTERAMERICAN CONSULTING INC.,

    Defendant.

_____/

DEPOSITION OF:   HUGO PERERA

DATE:            Tuesday, March 8, 2022

TIME:            9:30 a.m. - 12:03 p.m.

PLACE:           ALEXANDER F. FOX P.A

               1 Alhambra Plaza

               Suite 1225

               Coral Gables, Florida 33134

STENOGRAPHICALLY

REPORTED BY:   VANESSA OBAS, RPR

Page 2

APPEARANCES:

BRADY SULLIVAN, ESQUIRE
OF: WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
BSullivan@willkie.com
APPEARING ON BEHALF OF THE PLAINTIFF

JASON JOHNSON, ESQUIRE
OF: BYRD CAMPBELL, P.A.
180 Park Avenue N
Suite 2A
Winter Park, Florida 32789
jjohnson@byrdcampbell.com
APPEARING ON BEHALF OF THE DEFENDANT

SIMON FERRO, JR., ESQUIRE
OF: THE FERRO LAW FIRM, P.A.
1 Alhambra Plaza
Suite 1225
Coral Gables, Florida 33134
ferro.simon@gmail.com
APPEARING ON BEHALF OF THE DEPONENT

ALSO PRESENT:
PAUL SMITH, VIDEOGRAPHER
DAVID RIVERA

Page 3

INDEX

PAGE

TESTIMONY OF HUGO PERERA

DIRECT EXAMINATION BY MR. SULLIVAN        6

CERTIFICATE OF OATH              93
CERTIFICATE OF REPORTER          94
READ & SIGN LETTER               95
ERRATA SHEET            96
ACKNOWLEDGEMENT OF DEPONENT           97

------

STIPULATIONS

It is hereby stipulated and agreed by and between the counsel for the respective parties and the deponent that the reading and signing of the deposition transcript be reserved.

------

Page 4

EXHIBITS

DESCRIPTION    PAGE

Plaintiff's Exhibit Number 1    Documents        7
produced by
PG &
Associates
Plaintiff's Exhibit Number 2    30(b)(6) for     8
Krome
Plaintiff's Exhibit Number 3    Hugo Perera      8
subpoena
Plaintiff's Exhibit Number 4    30(b)(6) for     8
PG &
Associates
Plaintiff's Exhibit Number 5    2017 Florida    14
For Profit
Corporation
Annual Report
for PG &
Associates,
Inc.
Plaintiff's Exhibit Number 6    2017 Florida    16
Limited
Liability
Company
Annual Report
for 2017
Florida
Limited
Liability
Company
Annual Report
Plaintiff's Exhibit Number 7    Printout of     19
the
pgandassociat
es.net
website

Page 5

PROCEEDINGS
*********

THE VIDEOGRAPHER:  Good morning.  We're going on record at 10:08 a.m. on Tuesday, March 8, 2022.  This is Media Unit 1 in the video-recorded deposition of Hugo Perera taken in the matter of "PDV USA v. Interamerican Consulting, Inc."

The deposition is being held at Ferro & Fox, P.A., located at One Alhambra Plaza, Suite 1225, Coral Gables, Florida.

My name is Paul Smith from the firm Veritext.  I'm the videographer.  And the court reporter is Vanessa Obas from the firm of Veritext.

Would counsel please introduce yourself, after which the court reporter will swear in the witness.

MR. SULLIVAN:  Good morning.  Brady Sullivan from the Willkie Farr firm for plaintiff, PDV USA, Incorporated.

MR. JOHNSON:  Jason Johnson with Byrd Campbell for Interamerican Consulting, Inc.

MR. FERRO:  Good morning.  Simon Ferro for the deponent.

THE COURT REPORTER:  Please raise your right hand.

Do you solemnly swear or affirm the testimony

2 (Pages 2 - 5)

Page 6

you will give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes, I swear.

THEREUPON

HUGO PERERA

was called as a witness and, having first been duly sworn, testified as follows:

THE COURT REPORTER:  Thank you.

DIRECT EXAMINATION

BY MR. SULLIVAN:

Q.  Good morning, Mr. Perera.

A.  Good morning.

Q.  Can you please state your full name for the record?

A.  Hugo Perera.

Q.  Where do you currently reside?

A.  5124 Fisher Island Drive.

Q.  Where is that?

A.  Miami Beach.

Q.  What is your current occupation?

A.  Based on the -- based on the advice of counsel, I invoke my Fifth -- my Fifth Amendment privilege and decline to answer.

Q.  Sir, you have a piece of paper in front of you right now.  Can you please tell me what it says on it?

Page 7

A.  "Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer."

Q.  Is there anything else written on that page?

A.  No.

Q.  Do you have any other notes with you right now for today's deposition on your person?

A.  Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.  Ground rules for today are pretty simple.  I'm going to ask you questions.  You'll answer them to the best of your ability.  I would just ask that you let me finish my question before you give your answer.  Likewise, I'll try to let you finish your answer before I ask the next one so we're not talking past each other.  It makes Vanessa's life very difficult.  Do you understand?

A.  Yes.

Q.  We'll take breaks as needed.  This is not a marathon.  So if you need a break, just let me know.

(Plaintiff's Exhibit Number 1, Documents produced by PG & Associates, was marked for Identification.)

BY MR. SULLIVAN:

Q.  I've asked the court -- the reporter prior to going on the record to mark Exhibit 1, which I'm now

Page 8

going to hand to the witness.  And we're going to come back to this later, but I just want to get that out of the way.

Sir, do you understand that today you're testifying both in your individual capacity as well as on behalf of Krome Agronomics and PG & Associates?

A.  Yes.

(Plaintiff's Exhibit Number 2, 30(b)(6) for Krome, was marked for Identification.)

(Plaintiff's Exhibit Number 3, Hugo Perera subpoena, was marked for Identification.)

(Plaintiff's Exhibit Number 4, 30(b)(6) for PG & Associates, was marked for Identification.)

MR. SULLIVAN:  I'd like to mark Exhibits 2, 3, and 4.

MR. JOHNSON:  So what did you mark this, Brady?

MR. SULLIVAN:  So 2 is the first one.  The second one is 3, and the one I'm about to hand out is 4.

MR. FERRO:  I'm sorry.  This is 2.  What's 3?

MR. SULLIVAN:  2 is Krome, 30(b)(6).

MR. FERRO:  Right.

MR. SULLIVAN:  3 is Hugo Perera subpoena.

MR. FERRO:  Okay.

MR. SULLIVAN:  And 4 is PG & Associates,

Page 9

30(b)(6).

BY MR. SULLIVAN:

Q.  Sir, do you have in front of you Exhibits 2, 3, and 4?

A.  2, 3, and 4.

This is 2?

THE COURT REPORTER:  Yes.

THE WITNESS:  Okay.  Yes.

BY MR. SULLIVAN:

Q.  Yes, you do?

Okay.  Have you seen these documents before?

A.  Yes.

Q.  Are you familiar with the lawsuit in the upper left-hand corner captioned "PDV USA, Incorporated v. Interamerican Consulting, Incorporated"?

A.  Yes.

Q.  When did you first hear about that lawsuit?

A.  Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.  Turning your attention to Exhibit 2, if you could flip to the page -- five or six pages in.  It's numbered 4 at the bottom.  And it says "Deposition Topics."

Do you see that, sir?

A.  Yes.

3 (Pages 6 - 9)

Page 10

Q. What did you do to prepare yourself today to testify about those deposition topics?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. Are you represented today by counsel?

A. Yes.

Q. Who?

A. Mr. Ferro.

Q. Mr. Simon Ferro?

A. Yes.

Q. In connection with today's deposition, are you represented by any other lawyers?

A. Mr. Ferro.

Q. Turning back to Exhibit 2, Deposition Topics, on page 4 -- you were just there, sir.

A. Oh, I'm sorry.

Q. We're on Exhibit 2. It's page number 4, Deposition Topics.

You see Topic Number 1 says, "Your involvement in or understanding of the Consulting Agreement," and then there is some other language.

Do you see that?

A. Yes.

Q. Okay. And if you look on page 2 -- if you turn back to page 2, it's the one that's numbered 2. It's

Page 11

not actually the second page sequentially. So it's a little confusing. It's -- it looks like this.

A. Okay.

Q. Do you see it says Number 5, "'Consulting Agreement' means the consulting agreement entered into by and between PDV USA, Incorporated and Interamerican as of March 21, 2017, that is the subject of this Action."

Do you see that?

A. Yes.

Q. Turning back to page number 4 where it says "Deposition Topics," do you see Number 2? It says "The Interamerican-PG & Associates Subcontracting Agreement."

Do you see that?

A. Yes.

Q. Jumping down to Number 7, do you see where it says, "Your involvement with (or, as applicable, Communications with) any of the following," and then it lists a number of things? The first two are Interamerican and Rivera. Do you see those two?

A. Yes.

Q. Okay. And if you look at Number 8, do you see where it says "Payments either received by You" --

A. Payments?

Q. I'm sorry. I'm on page 5 of Exhibit 2.

Page 12

Number 8 reads "Payments either received by You from, or made by You to, directly or indirectly, any of the following," and then it lists a number of things, the first two of which are Interamerican and Rivera.

Do you see that?

A. Yes.

Q. Looking at these topics here in Exhibit 2, have you ever spoken with anyone from the United States government about any of the topics listed here?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. During your conversations with the United States government about the topics listed here in Exhibit 2, did members of the United States government ask you any questions about your dealings with Mr. Rivera?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

BY MR. SULLIVAN:

Q. During your conversations with the United States government about the topics listed here in Exhibit 2, did they show you any documents?

MR. FERRO: Object to the form.

Page 13

THE WITNESS: Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

BY MR. SULLIVAN:

Q. Sir, is this your first time being deposed?

A. No.

Q. When was the first time you were deposed?

A. Based on advice from counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. Did you meet with anyone in preparation for today's deposition?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. Other than with Mr. Ferro, have you spoken with anyone else about today's deposition?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. Did you speak with David Rivera, sitting here today, about today's deposition?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q. Did you speak with Jason Johnson, sitting here today, about today's deposition?

A. Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

4 (Pages 10 - 13)

Page 14

Q.   Okay.  I want to switch topics, sir, and ask you some questions about the business of PG & Associates and Krome Agronomics.  And when I ask you these questions, I want you to focus on the time period 2017 as opposed to present day.

Do you understand?

A.   Yes.

(Plaintiff's Exhibit Number 5, 2017 Florida For Profit Corporation Annual Report for PG & Associates, Inc., was marked for Identification.)

BY MR. SULLIVAN:

Q.   Let's start with PG & Associates.  And I'd like to mark Exhibit 5.

A.   PG & Associates?

MR. SULLIVAN:  This is 5.

MR. FERRO:  Thank you.

BY MR. SULLIVAN:

Q.   Sir, do you have Exhibit 5 in front of you, 2017 Florida For Profit Corporation Annual Report, entity named PG & Associates, Incorporated?

A.   Yes.

Q.   My first question is, what does PG stand for?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   As of 2017, what was your title at PG &

Page 15

Associates?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   As of 2017, who owned PG & Associates?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   Switching away from the 2017 time period, with respect to any time, when did you start PG & Associates?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   As of 2017, what type of business did PG & Associates do?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   Looking at Exhibit 5, do you recognize this document?  It's this one right here, sir.

My question is, do you recognize this document?

A.   Yes.

Q.   Can you please tell me what it is?

MR. FERRO:  Object to the form.

THE WITNESS:  Huh?

MR. FERRO:  Object to the form.

BY MR. SULLIVAN:

Q.   You can answer.

A.   Based on the advice of counsel, I invoke my

Page 16

Fifth Amendment privilege and decline to answer.

Q.   As of 2017, was PG & Associates in the business of providing consulting services?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   As of 2017, was PG & Associates in the business of providing political lobbying services?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Q.   How many employees does PG & Associates have?

A.   Based on the advice of counsel, I invoke my Fifth Amendment privilege and decline to answer.

Excuse me.

Q.   Directing your attention back to Exhibit 5 -- right here, sir.  Does Exhibit 5 accurately reflect the 2017 annual report for PG & Associates, Incorporated?

A.   Based on the advice of counsel, I invoke the Fifth.

(Plaintiff's Exhibit Number 6, 2017 Florida Limited Liability Company Annual Report for 2017 Florida Limited Liability Company Annual Report, was marked for Identification.)

MR. SULLIVAN:  I'd like to mark Exhibit 6.

THE WITNESS:  Excuse me.

MR. SULLIVAN:  Exhibit 6.

Page 17

MR. FERRO:  Thank you.

MR. SULLIVAN:  Yep.

BY MR. SULLIVAN:

Q.   For the record, Exhibit 6 is 2017 Florida Limited Liability Company Annual Report, entity named Krome Agronomics, LLC, filed March 15, 2017.

And I should also say for the record that Exhibit 5 was also filed March 15, 2017.

Sir, do you have Exhibit 6 in front of you?

A.   Yes.

Q.   Does Exhibit 6 accurately reflect the 2017 annual report for Krome Agronomics, LLC?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you see, sir, where it says "Signature: Gilbert Contreras"?

A.   Based on -- based on advice of counsel, I invoke my Fifth.

Q.   My question, just to be clear to you and your counsel, is whether you see in front of you the words "Signature:  Gilbert Contreras" on Exhibit 6?

A.   Yes.

Q.   Who is Gilbert Contreras?

A.   Based on the advice of counsel, I invoke my Fifth.

5 (Pages 14 - 17)

Page 18

Q.  As of 2017, what was your title at Krome Agronomics, LLC?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  As of 2017, who owned Krome Agronomics, LLC?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Are you the founder of Krome Agronomics, LLC?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  As of 2017, what type of business did Krome Agronomics conduct?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  As of 2017, was Krome Agronomics in the business of providing consulting services?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  As of 2017, was Krome Agronomics in the business of political lobbying services?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  What, if anything, is the relationship between PG & Associates and Krome Agronomics?

A.  Based on the advice of counsel, I invoke my

Page 19

Fifth.

(Plaintiff's Exhibit Number 7, printout of the pgandassociates.net website, was marked for Identification.)

MR. SULLIVAN:  I'd like to mark Exhibit 7.

BY MR. SULLIVAN:

Q.  Sir, do you have Exhibit 7 in front of you?

A.  Yes.

Q.  For the record, Exhibit 7 is a printout of the website pgandassociates.net.

Sir, do you recognize this website?

A.  Yes.

Q.  What is it?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Is this your company?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Does this Exhibit 7 accurately summarize the business of PG & Associates?

A.  Based on the advice of counsel, I invoke -- invoke my Fifth.

Q.  On the second page, there's a picture of an individual.  Is that your picture?

A.  Yes.

Page 20

Q.  When was it taken?

A.  Based on the advice of counsel, I invoke the Fifth.

Q.  Okay.  I now want to direct your attention back to what we previously marked as Exhibit 1, which is the very large exhibit that you have here on your right.

Do you see that, sir?

A.  Yes.

Q.  Okay.  Exhibit 1 is a 170-page collection of documents produced by PG & Associates on December 27, 2021, and the same production was made in duplicate by Krome Agronomics on October 11, 2021.  It was produced to PDV USA as a single PDF and we're accordingly marking it as one exhibit.

Sir, I just want to explain to you what's going on with this exhibit here.  You'll see -- it's actually two documents binder-clipped together.  I'll ask you to please remove the binder clip.

And what separates those two documents is a blue sheet just to symbolize that that's a separation.  The documents on the first set of stapled -- the first stapled set, those are the documents as they were originally produced to us by your lawyers and a lot of them are written in Spanish.  The second set behind the blue sheet is the exact same set of documents, except

Page 21

where there's Spanish, it's been translated into English.

And I'll ask you to please turn to the very last page of the second set.  Yes.  And you'll see that that is a certificate of translation certifying that someone, independent of us, has gone through these documents, certified them from Spanish to English.

Do you see that, sir?

A.  Yes.

Q.  Okay.  And the last -- just a little bit of introductory matter here is that you'll notice -- if you flip through these pages, there are what we call Bates numbers at the bottom right-hand corner.  So, for example -- and they all begin PGA 00 and there are numbers.  Do you --

A.  This one?

Q.  Yeah.

I can also say, sir, you can look at the English version or the Spanish version, whichever you prefer.

A.  Uh-huh.

Q.  Do you see at the bottom right it says PGA, and there are numbers?

A.  Yes.

Q.  Okay.  So throughout today, I'm going to be

6 (Pages 18 - 21)

Page 22

referring to those page numbers to direct your attention to different documents. Does that make sense?

A. Yes.

Q. All right. My first question is, do you understand that this Exhibit 1 was produced by PG & Associates to PDV USA in connection with this litigation?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know where these documents came from?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Please turn to page 23, by which I mean PGA Bates stamp ending in -23.

It's -- looks like you might be a little too far along, sir. It's going to be the one that ends PGA 0023 and it'll -- it's actually the twenty-third page in this -- in this collection.

THE WITNESS: Where are the numbers?

MR. FERRO: On the bottom right there.

This way.

THE WITNESS: It's because it doesn't have the numbers.

MR. FERRO: Yeah, they're very small, but they're there.

Page 23

BY MR. SULLIVAN:

Q. Do you see the numbers now, sir?

A. Yes.

Q. So please turn to PGA 0023.

Do you see it's an otherwise blank page that says "David Rivera e-mails"? Do you see that?

A. Yes.

Q. Do you know who wrote that?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Were these documents previously organized in some sort of a binder or compendium?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Please turn to the next page, PGA 0024.

A. 0024?

Q. Yeah. They're -- they're double-sided.

Do you see PGA 0024 in front of you?

A. Yes.

Q. And, again, this is the -- the font is very small, but at the upper right-hand corner, there's a number 1 circled. Do you see that?

A. Yes.

Q. Do you know who wrote that?

A. Based on advice of counsel, I invoke my Fifth.

Page 24

Q. Likewise, on the top left-hand corner, in very small font, you'll see the date January 14, 2020. And I'm still back on page 24.

Do you see on the top left-hand corner the date 1/14/2020?

A. Yes.

Q. Do you know whether or not this document was printed in or around January of 2020?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Please turn to page 54, PGA 0054.

Do you see PGA 0054?

A. Yes.

Q. Do you recognize this e-mail?

A. Based on the advice of counsel, I invoke my Fifth.

Q. On the "To" line, it says Esther Nuhfer, R. Gorrin, and the last one, hugo@pgandassociates.net.

Is the e-mail address hugo@pgandassociates.net your e-mail address?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you have any other e-mail addresses?

A. Based on the advice of counsel, I invoke my Fifth.

Page 25

Q. Did you receive this e-mail from David Rivera on March 21 --

A. Based on advice --

Q. -- 2017?

A. I'm sorry.

Q. That's okay. Let me just repeat the question.

Did you receive this e-mail from David Rivera on March 21, 2017?

A. Based on the advice of counsel, I invoke my Fifth.

Q. I'll direct your attention to the attachment to the e-mail, which is on -- beginning on the next page.

Do you see that, sir? It's numbered PGA 0055.

A. Yes.

Q. Do you see that this is a document titled "Consulting Agreement"?

A. Based on advice of counsel, I invoke my Fifth.

Q. I'll try it one more time.

Do you see, sir, that on page 0055 there's a document titled "Consulting Agreement"?

A. Yes.

Q. Have you ever seen this consulting agreement?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know who wrote it?

7 (Pages 22 - 25)

Page 26

A. Based on the advice of counsel, I invoke my Fifth.

Q. Please turn to what is page 5 of the consulting agreement, and it's PGA 0059.

It appears to be a signature page. Do you see that, sir?

A. Yes.

Q. And on the left-hand side, do you see there's a signature block for PDV USA, Incorporated?

A. Yes.

Q. Do you know what PDV USA, Incorporated, is?

A. Based on advice of counsel, I invoke my Fifth.

Q. Do you know who Guillermo Blanco is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And do you see on the right-hand side there's a signature block for Interamerican Consulting?

A. Yes.

Q. Do you know what Interamerican Consulting is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you see it says "Name, David Rivera," and then there's a signature above that? Do you see that?

A. Yes.

Q. Do you know who David Rivera is?

Page 27

A. Yes.

Q. Do you recognize him as the individual sitting here today?

A. Yes.

Q. When was the first time that you met David Rivera?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you recall meeting Mr. Rivera in early 2017?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you friends with Mr. Rivera?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Have you ever done business with Mr. Rivera?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Have you ever spoken with Mr. Rivera about the consulting agreement that we were just looking at?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Have you ever exchanged text messages with Mr. Rivera?

A. Based on the advice of counsel, I invoke my Fifth.

Page 28

Q. Do you use text messages to conduct business at PGA -- PG & Associates or Krome Agronomics?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Directing your attention back to the consulting agreement that we were just looking at from PGA 0055 to -61 -- and, again, for the record, this is all part of Exhibit 1.

My question, sir, is, do you know what the purpose of this consulting agreement was?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Please turn to page 6 of the consulting agreement, which is PGA 0060. Oh, it's going to be the other way. It's going to be -- you have to flip forward, not backwards, to get to -- I'm on page 6 of the --

A. 6?

Q. Sorry. I guess I'm lost. You're going to probably have to flip backwards. It's hard to read upside down.

It's PGA 0060.

A. -60?

Q. So that's PGA -61, so I'm --

A. This one?

Page 29

Q. -- looking at the page before. 6-0. Great. Okay.

Do you see, sir, the first -- well, it's really the second paragraph, where it says, "It shall be the consultant's duty to provide strategic consulting services to the client as the client deems necessary and appropriate."

Do you see those words?

A. Yes.

Q. Do you know what that means?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you familiar with the Venezuelan state oil company called Petroleos --

MR. FERRO: Excuse me. Do you mind if I step outside for a second?

MR. SULLIVAN: No, of course. Do you want to take a few minutes?

MR. FERRO: Yeah, I'm going to get water. Yeah.

MR. SULLIVAN: We'll take five minutes.

THE VIDEOGRAPHER: Going off the record at 10:40 a.m.

(Thereupon, a recess was taken in the deposition, after which the deposition continued as

8 (Pages 26 - 29)

Page 30

follows:)

THE VIDEOGRAPHER: Back on record at 10:45 a.m.

BY MR. SULLIVAN:

Q. Okay. So right before we went off the record, I asked you a question, "Are you familiar with the Venezuelan state oil company, Petroleos de Venezuela?"

A. Based on the advice of counsel, I invoke my Fifth.

Q. And, again, looking at page 6 of the consulting agreement, which is PGA 0060, my question for you is, are you aware of any strategic consulting services rendered by Interamerican to Petroleos de Venezuela in connection with this agreement?

A. Based on the advice of counsel, I invoke my Fifth.

Q. In fact, as far as you know, no such consulting services were ever rendered; right?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you aware of any strategic consulting services rendered by Interamerican to PDV USA, Incorporated, in connection with this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And, again, as far as you know, no such

Page 31

consulting services were ever rendered; right?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you aware of any strategic consulting services rendered by Interamerican to Citgo Petroleum Corporation in connection with this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And as far as you know, no such consulting services were ever rendered; right?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And you -- and when I say "you," I mean you personally as well as PG & Associates and Krome Agronomics, you never participated in any way in providing consulting services to Petroleos de Venezuela; isn't that right?

A. Based on advice of -- based on the advice of counsel, I invoke my Fifth.

Q. And you never participated in any way in providing consulting services to PDV USA in connection with this contract; right?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And you never participated in any way in

Page 32

providing consulting services to Citgo Petroleum Corporation in connection with this agreement; right?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you aware that PDV USA paid $15 million to Interamerican Consulting in connection with this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. I'll ask you to turn back to the cover e-mail for this contract, which was a few pages before. It's on PGA 0054.

Do you see it's two e-mails? One from Guillermo Blanco to Pio Gonzalez, and then there's another one from David Rivera to various individuals. Do you see those two e-mails?

A. Yes.

Q. Now, I asked you about Guillermo Blanco, but do you know who Pio Gonzalez is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. There's another e-mail address, jprei1@citgo.com.

Do you know who José Pereira is?

A. Based on advice of counsel, I invoke my Fifth.

Page 33

Q. Are you aware of any communications between David Rivera and José Pereira in connection with the contract that we were just looking at?

A. Based on advice of counsel, I invoke my Fifth.

Q. There were no such communications; right?

A. Based on advice of counsel, I invoke my Fifth.

Q. Do you know why Mr. Rivera -- strike that.

Do you see the e-mail address where it says "To," then -- first, there's Esther Nuhfer and there's a second one, rgorrn@me.com. Do you see that second e-mail address, sir?

A. Yes.

Q. Do you know who that is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know who Raul Gorrin is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know why Mr. Rivera sent this e-mail to Raul Gorrin?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you familiar with Mr. Gorrin's business?

A. Based on the advice of counsel, I invoke my Fifth.

9 (Pages 30 - 33)

Page 34

Q.   Did Raul Gorrin have any role in the consulting services agreement that we were just looking at?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Directing your attention back to the e-mail, the first recipient in the "To" field is Esther Nuhfer. Do you see that?

A.   Yes.

Q.   Is that Esther Nuhfer's e-mail address?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you know who Esther Nuhfer is?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Have you ever engaged in business with Ms. Nuhfer?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you know what business she is engaged in?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Are you aware of any relationship between David Rivera and Esther Nuhfer?

A.   Based on the advice of counsel, I invoke my Fifth.

Page 35

Q.   Did Esther Nuhfer have any role in the consulting agreement that we were just looking at?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   The e-mail that David Rivera sends reads, "I think" -- and I'm on page 0054.

The e-mail says "I think we're almost ready. Now I'm just waiting for the first retainer to call Congressman Sessions and confirm the appointment in Dallas, hopefully for this weekend.  We need to finalize the schedules and disposition of the chancellor and Mr. Borges at some point."

And, again, I'm reading from the English translation.

My question, sir, is with respect to the first sentence, when Mr. Rivera writes "I think we're almost ready."

Almost ready for what?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you know what Mr. Rivera means when he refers to the first retainer?

A.   Based on advice of counsel, I invoke my Fifth.

Q.   Have you ever communicated with U.S. Congressman Pete Sessions?

Page 36

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Are you aware of any communications between David Rivera and Pete Sessions in connection with the consulting agreement?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Mr. Rivera makes reference to an appointment in Dallas with Pete Sessions.  What was the purpose of that appointment?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Did it ever happen?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Mr. Rivera makes reference to the chancellor, or at least that's how it's been translated here.  Do you know who the chancellor is?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And then he also makes reference to Mr. Borges, which I hope I'm pronouncing correctly.

Do you know who Mr. Borges is?

A.   Based on the advice of counsel, I invoke my Fifth.

Page 37

Q.   Is it Julio Borges?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Have you ever communicated with the Venezuelan politician Julio Borges?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Why, according to Mr. Rivera, did you need to finalize the schedules and disposition of the chancellor and Mr. Borges?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   Are you aware of any communications between Mr. Rivera and Julio Borges in connection with the consulting agreement?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   In fact, isn't it true, sir, that the references in this e-mail to Congressman Sessions, to Julio Borges, and to the chancellor were nothing more than cover stories made up by David Rivera to make it look like he was performing legitimate consulting services?

10 (Pages 34 - 37)

Page 38

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And isn't it also true that these cover stories were designed to conceal a money laundering scheme involving Mr. Rivera, Mr. Gorrin, Ms. Nuhfer, and yourself; isn't that right?

MR. JOHNSON:  Objection to form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

MR. JOHNSON:  One moment, Mr. Perera.  If you hear me starting to object, just allow me to please say it --

THE WITNESS:  Oh, I'm sorry.

MR. JOHNSON:  -- for the record before you respond.

THE WITNESS:  Okay.  I'm sorry.

MR. JOHNSON:  I'm objecting to the form of that question.  Thank you.

BY MR. SULLIVAN:

Q.  I think I need to ask it again just because the record --

So allow Mr. Jason -- Mr. Johnson time to object.

Page 39

And isn't it true that these cover stories by Mr. Rivera here in this document were designed to conceal a money laundering scheme involving Mr. Rivera, Mr. Gorrin, Ms. Nuhfer, and yourself; isn't that right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  I have a few more questions about the consulting agreement, which, again, begins on PGA 0055.  And my first question is, have you ever communicated with a person named Randy Ebner, former general counsel for ExxonMobil?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Are you aware of any communications between David Rivera and Randy Ebner in connection with the consulting agreement?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And as far as you're aware, no such communications ever occurred; right?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Have you ever communicated with Darren Woods,

Page 40

the CEO of ExxonMobil?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Are you aware of any communications between David Rivera and Darren Woods in connection with the consulting services agreement?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And as far as you're aware, no such communications ever occurred; right?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Did you ever communicate with former United States Congressman Sam Johnson?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Are you aware of any communications between David Rivera and Sam Johnson in connection with the consulting agreement?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Again, as far as you're aware, no such communications ever occurred; right?

A.  Based on the advice of counsel, I invoke my Fifth.

Page 41

MR. JOHNSON:  I'm going to object to the form of that question.

BY MR. SULLIVAN:

Q.  Have you ever communicated with Venezuelan politician Henry Ramos Allup, A-L-L-U-P?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Do you know who that is?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Are you aware of any communications between David Rivera and Henry Ramos Allup in connection with the consulting agreement?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And as far as you're aware, no such communications ever occurred; right?

MR. JOHNSON:  Objection.

THE WITNESS:  Based on the advice of --

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Have you ever communicated with Venezuelan politician Oliver Blanco?

11 (Pages 38 - 41)

Page 42

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know who that is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Are you aware of any communications between David Rivera and Oliver Blanco in connection with the consulting agreement?

A. Based on the advice of counsel, I invoke my Fifth.

Q. As far as you're aware, no such communications ever occurred; right?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Again, focusing on the consulting agreement here on Exhibit 1, beginning on page PGA 0055, my question, sir, is, are you aware of any money laundering that occurred in connection with this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know whose money was being laundered in connection with this consulting agreement?

MR. JOHNSON: Object to the form.

Page 43

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Were you involved in money laundering in connection with this contract?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Do you know who else was involved in money laundering in connection with the consulting agreement?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on -- on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Isn't it true that Raul Gorrin participated in money laundering in connection with this contract?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Isn't it also true that Esther Nuhfer participated in money laundering in connection with this

Page 44

contract?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. And isn't it also true that David Rivera participated in money laundering in connection with this contract?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Is it your understanding that the payments contemplated by the consulting contract here were used to bribe government officials?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Isn't it true that, in fact, the payments made pursuant to this contract were used to bribe government officials?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

Page 45

BY MR. SULLIVAN:

Q. Do you know whose money was being used to bribe government officials in connection with this contract?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Were you involved in orchestrating bribes to government officials in connection with this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you know who else was involved in orchestrating bribes to government officials in connection with this contract?

MR. RIVERA: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Isn't it true that Raul Gorrin was involved in orchestrating bribes to government officials in connection with this contract?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I

12 (Pages 42 - 45)

Page 46

invoke my Fifth.

BY MR. SULLIVAN:

Q.   Isn't it true that Esther Nuhfer was involved in orchestrating bribes to government officials in connection with this contract?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   And isn't it also true that David Rivera was involved in orchestrating bribes to government officials in connection with this contract?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   I'd like to direct your attention to a new document.  And this is actually the very first page in this entire packet.  It's PGA 0001.  Do you see that?

A.   Yes.

Q.   It says "Contract for Services."  Do you see that?

A.   Yes.

Q.   Do you recognize this document?

A.   Based on the advice of counsel -- of counsel, I

Page 47

invoke my Fifth.

Q.   How did PG & Associates come into possession of this document?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you see on the bottom -- again, there are two signature blocks.  Do you see on the right-hand side it says "PG & Associates by Hugo Perera" and there's a signature there?  Do you see that?

A.   Yes.

Q.   Is that your signature?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And on the left-hand side -- strike that.

Do you see it says "Date," under your signature, "3/20/17."  Do you see that?

A.   Based on the advice -- I see it, yeah.

Q.   Thank you.

Do you have a memory of signing this contract on or around March 20, 2017?

A.   Based on advice of counsel, I invoke my Fifth.

Q.   And on the left-hand side, do you see it says "Interamerican Consulting, Incorporated by David Rivera."  Do you see that?

A.   Uh-huh, yes.

Page 48

Q.   And there's a signature there.  Did you witness Mr. Rivera sign this document?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And do you know whether Mr. Rivera signed this document on or around March 20, 2017?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Isn't it true, sir, that this subcontracting agreement was not actually signed in 2017, but it was signed later, in 2018?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   So it was backdated; is that correct, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   What was the purpose of this contract for services?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   If you'll look, please, at the top -- the very top paragraph under the heading "Contract for Services," there are some defined terms here.  I'll just read them

Page 49

into the record.

It says, "This contract is entered into between Interamerican Consulting, Incorporated," that's defined as the contractor, "and PG & Associates," defined as the subcontractor.  And there's an address.

It says "In fulfillment of the Contractor's Consulting Agreement with PDV USA," and here, for this document, that's defined as the client.

Do you see that paragraph that I'm looking at, sir?

A.   Yes.

Q.   And then towards the bottom of the page, number 3, it says "Duties of the Subcontractor."

Do you see that?

A.   Yes.

THE VIDEOGRAPHER:  You're hitting the microphone.

THE WITNESS:  Oh, sorry.

Yes.

BY MR. SULLIVAN:

Q.   So you see Paragraph 3, "Duties of the Subcontractor"?

A.   Yes.

Q.   It says "Duties of the Subcontractor.  It shall be the subcontractor" -- again, defined according to

13 (Pages 46 - 49)

Page 50

this agreement as PG & Associates. "It shall be the subcontractor's duty to provide the contractor and the client with domestic strategic consulting to best serve the contractor's ability to fulfill its agreement with the client."

Do you know what that means?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And PG & Associates as a subcontractor never performed any of those services; right?

A. Based on the advice of --

MR. JOHNSON: Object to the -- object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Given that this subcontract was never performed by PG & Associates, it was a sham contract; right?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the base of -- advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. And it was a sham contract designed to make it look like the payments from Interamerican to PG &

Page 51

Associates were for legitimate consulting services when, in fact, they were not; is that right?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Number 4 in this contract says "Compensation." Do you see that, sir?

A. Yes.

Q. I'll read it into the record.

It says, "The subcontractor shall receive from the contractor 25 percent of the net fees received from the client in fulfillment of the contractor's agreement with the client."

Do you see that?

A. Yes.

Q. PG & Associates did, in fact, receive those fees; is that right?

A. Based on advice --

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke the Fifth.

BY MR. SULLIVAN:

Q. Did you communicate with Mr. Rivera about this

Page 52

subcontracting agreement?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Did you discuss this subcontracting agreement with Raul Gorrin?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Did you discuss this subcontracting agreement with Esther Nuhfer?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Turn, please, to page 2 of Exhibit 1, which is just the -- the next page in the packet ending PGA -- not ending, it is PGA 0002. And it's titled "Marketing Agreement."

Do you see that?

A. Yes.

Q. Do you recognize this document?

A. Yes.

Q. What is it?

A. Based on the advice of counsel, I invoke my Fifth.

Q. How do you recognize it?

A. Based on the advice of counsel, I invoke my Fifth.

Page 53

Q. How did PG & Associates come into possession of this document?

A. Based on the advice of counsel, I invoke my Fifth.

Q. If you could turn, please, to the second-to-last page of this marketing agreement. It's PGA 0006.

Do you see that there are a signature -- there is a signature block for Interamerican Consulting. And it says "Name, David Rivera." Do you see that?

A. Yes.

Q. Did you witness Mr. Rivera sign this contract?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And then on the left-hand side, there's a signature block for PG & Associates; name, Hugo Perera; and there's a signature. Is that your signature?

A. Based on the advice of counsel, I invoke my Fifth.

Q. It looks like the date under the Interamerican portion of the signature block is highlighted in yellow. Do you know why that is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And as with the subcontracting agreement we

14 (Pages 50 - 53)

Page 54

just looked at, isn't it true, sir, that this marketing agreement was not actually signed in 2017, but it was signed in 2018; is that right?

A.   Based on advice of counsel, I invoke my Fifth.

Q.   So it's backdated; isn't that right?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   What was the purpose of this marketing agreement?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Was this marketing agreement related in any way to the consulting agreement between Interamerican and PDV USA that we were just looking at?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Could you please turn to the last page of this marketing agreement, which is titled Appendix A, and it's PGA 0007.

Do you see that, sir?

A.   Yes.

Q.   Where it says "Activities of PG & Associates, Incorporated, promote services of strategic consulting

Page 55

to the client offered by Interamerican Consulting, Incorporated."

Do you know what that means?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And PG & Associates never did that; right?

A.   Based on advice of counsel, I invoke my Fifth.

Q.   And so PG & Associates never performed this marketing agreement; isn't that right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   So this was a sham contract; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   And, again, it was a sham contract designed to make it look like the payments from Interamerican to PG & Associates were for legitimate marketing services when, in fact, they were not; is that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

Page 56

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   The second -- it's the third paragraph here on Appendix A.  It says "Activities of Interamerican Consulting, Incorporated."

Do you see that?

A.   Yes.

Q.   And it says "Pay.  PG & Associates, Incorporated, shall receive a referral fee of 25 percent of the net received from client per consulting service contracted by its referral for strategic consulting services to the client as it deems necessary and appropriate."

Do you see those words?

A.   Yes.

Q.   Do you know what they mean?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And PG & Associates did, in fact, receive those fees; isn't that right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 57

BY MR. SULLIVAN:

Q.   Did you communicate with David Rivera about this marketing agreement?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Did you discuss this marketing agreement with Raul Gorrin?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Did you discuss this marketing agreement with Esther Nuhfer?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   But Mr. Gorrin and Ms. Nuhfer were involved in the creation of this agreement; right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   Please turn to page PGA 0015.

Do you see this also says "Marketing Agreement," but this one appears to be involving Krome Agronomics?  Do you see that?

A.   Yes.

Q.   Is there any difference between this marketing

15 (Pages 54 - 57)

Page 58

agreement involving Krome and the marketing agreement we just looked at involving PG & Associates?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  They're the same thing; right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  As with the PG & Associates Marketing Agreement hereto, Krome Agronomics never provided any services pursuant to this marketing agreement; isn't that right?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And as with the PG & Associates Marketing Agreement, this Krome Agronomics Marketing Agreement was backdated; isn't that right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 59

BY MR. SULLIVAN:

Q.  And as with the PG & Associates Marketing Agreement, this Krome Agronomics Marketing Agreement was a sham contract designed to make it look like payments from Interamerican to Krome Agronomics were for legitimate services?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  When, in fact, there were no such services; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Did you discuss this Krome Agronomics Marketing Agreement with David Rivera?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Did you discuss it with Raul Gorrin?

A.  Based on the advice of counsel, I invoke my Fifth.

Page 60

Q.  Did you discuss it with Esther Nuhfer?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Turn, please -- we're going to take a big jump to page 139.  So that's PGA 0139.  Let me know when you're at -139.

Are you there, sir?

A.  Yes.

Q.  Okay.  For the record, this is an e-mail from Esther Nuhfer to Hugo@pgandassociates.net, and Raul Gorrin, cc David Rivera, and the subject is "Hugo/Raul Contracts."  And, again, we're still on Exhibit 1, Bates Stamp PGA 0139.

Sir, do you recognize this e-mail?

A.  Yes.

Q.  What is it?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Did you receive this e-mail from Esther Nuhfer on November 3, 2017?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Do you have any reason to doubt that this is an accurate copy of an e-mail you received from Esther Nuhfer?

Page 61

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Do you see the subject line says "Hugo/Raul Contracts"?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Do you see the words on the page where it says "Subject: Hugo/Raul Contracts" here on Exhibit --

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Ms. Nuhfer appears to attach two unsigned contracts.  And if you flip the page, you'll see both of those.  The first appears to be an unsigned contract for services between Interamerican Consulting and PG & Associates, and it references a consulting agreement between Interamerican and PDV USA.

Do you see that, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And the second attachment, this is on page 141, appears to be a contract for services between Interamerican Consulting and Interglobal Yaght, spelled Y-A-G-H-T, Management, and it also references a

16 (Pages 58 - 61)

Page 62

consulting agreement between Interamerican and PDV USA.

Do you see that, sir?

A. Yes.

Q. Do you know why Ms. Nuhfer was sending contracts to you and asking you to review them?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Do you know why Ms. Nuhfer was sending contracts to Raul Gorrin and asking him to review?

A. Based on the advice of counsel, I invoke my Fifth.

Q. I'll direct your attention to the first of the two attachments. This is PGA 0140.

Do you see PGA 0140?

A. Yes. Yes.

Q. And, again, this is an e-mail from Esther Nuhfer on November 3, 2017. Do you see that, sir?

A. Yes.

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke the Fifth.

BY MR. SULLIVAN:

Q. Let me just ask the question again because I

Page 63

think we have two answers.

If you look at the cover e-mail, it's an e-mail dated November 3, 2017. Do you see that?

A. Based on the advice of counsel, I invoke my Fifth.

Q. If you turn back to the very first page of this packet -- and I want you to mark, maybe with your finger, this other page because I'm going to come back to it.

But now I want to direct your attention back to PGA 001. This is the subcontracting agreement we looked at earlier, signed by you and Mr. Rivera on March 20, 2017. Do you see that document?

A. Yes.

Q. Flipping back to page 140, there's a contract sent by Ms. Nuhfer that appears almost identical to the one on page 1, but she's sending it to you on November of 2017. My question, then, is, doesn't this prove that when you signed the contract on page 1, you were backdating it?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

Page 64

BY MR. SULLIVAN:

Q. Okay. Back to page 140 -- actually, I'll direct your attention to 141, which is the second attachment from Ms. Nuhfer.

Do you know what Interglobal Yaght Management is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And looking back at Ms. Nuhfer's e-mail, did you ever respond to her e-mail?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. I'd like to move on to a new document.

This is the last two pages of the packet. So we're looking at PGA 0169 and PGA 0170.

MR. FERRO: I would just like to make a quick statement for the record that the attachment that appears on page 00140 and the one that's -- appears at PGA 0001 are different, substantively different.

BY MR. SULLIVAN:

Q. Sir, do you see PGA 0169? -169 and then -170, they're, for the record, 2017 miscellaneous income statements. Do you see those?

Page 65

A. Yes.

Q. Let's start with -169.

Do you know what this document is?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Were these maintained in the ordinary course of business at Krome Agronomics?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Let me just ask the question better.

Was this document on page 169 maintained in the ordinary course of business at Krome Agronomics?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Are these accurate -- strike that.

Is this on page 169 an accurate tax record for Krome Agronomics, LLC?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

17 (Pages 62 - 65)

Page 66

BY MR. SULLIVAN:

Q.  Does the document on page 169 reflect that Krome Agronomics received $625,000 from Interamerican Consulting sometime in 2017?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And these payments, or this payment, were part of the Krome Marketing Agreement between Krome and Interamerican that we looked at earlier; right?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  After Krome Agronomics received $625,000 from Interamerican Consulting, what did it do with the money?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Isn't it true, sir, that the money was used to bribe government officials?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I

Page 67

invoke my Fifth.

BY MR. SULLIVAN:

Q.  And Mr. Rivera knew that the money was being used to bribe government officials; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And regardless of what the money was used for, it was not used to provide services to Petroleos de Venezuela; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And regardless of what the money was used for, it was not used to provide consulting services to PDV USA; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 68

BY MR. SULLIVAN:

Q.  And whatever the money was used for, it was not used to provide consulting services to Citgo Petroleum Corporation; right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Turning to the next page, PGA 170.  Do you see that, sir?

A.  Yes.

Q.  Does this document on page 170 reflect that PG & Associates received four hun- -- $4,375,000 from Interamerican Consulting at some point in 2017?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And, again, this payment was part of the PG & Associates Interamerican Marketing Agreement that we looked at earlier; right?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 69

BY MR. SULLIVAN:

Q.  And these payments were also pursuant to the PG & Associates Interamerican Subcontracting Agreement that we looked at earlier; right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  What did PG & Associates do with the $4.375 million after receiving it?

A.  Based on the advice of counsel, I invoke my Fifth.

MR. JOHNSON:  Object to the form.

BY MR. SULLIVAN:

Q.  And here, again, isn't it true that the money was used to bribe government officials?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

MR. FERRO:  I'm sorry.

BY MR. SULLIVAN:

Q.  And Mr. Rivera knew that the money was being used to bribe government officials; isn't that right?

18 (Pages 66 - 69)

Page 70

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And whatever the money was used for, it was not used to provide consulting services to Petroleos de Venezuela; right?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And whatever the money was used for, it was not used to provide strategic consulting services to PDV USA; right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And whatever the money was used for, it was not used to provide consulting services for Citgo Petroleum Corporation; right?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I

Page 71

invoke my Fifth.

BY MR. SULLIVAN:

Q.  Please turn back to page -- not back.  Please turn to page 104.  PGA 0104.

Do you have that in front of you, sir?

A.  Yes.

Q.  For the record, this is an e-mail from David Rivera dated November 29, 2017, to Esther Nuhfer and hugo@pgandassociates.net.

Sir, do you recognize this e-mail?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Did you receive this e-mail from Mr. Rivera?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  The subject line of the e-mail says "Project Invoices."  Do you see that?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And Mr. Rivera says in the e-mail "Here are the invoice dates and amounts that I need from each

Page 72

subcontractor.  I also still need W-9s from Krome, PG, and Interglobal.  Thank you again for all of your hard work and great contributions to this project.  This has really been a team effort and the performance by each subcontractor has been truly exceptional."

My first question, sir, is do you know what the project is?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Do you know why Mr. Rivera is asking on November 29, 2017, for invoices dated in March and April of 2017?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Mr. Rivera was asking you, Krome Agronomics, and PG & Associates to backdate invoices; isn't that right?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Did you ever send Mr. Rivera the invoices that

Page 73

he asked for, for PG & Associates and Krome Agronomics?

A.  Based on the advice of counsel, I invoke my Fifth.

MR. FERRO:  Object to the form of that question.

BY MR. SULLIVAN:

Q.  And do you see, sir, in Mr. Rivera's e-mail there are one, two, three, four, five, six requested invoices for PG & Associates and one for Krome Agronomics?  Do you see those?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Those amounts -- those dollar amounts, they were, in fact, paid to Interamerican by Krome and PG & Associates; right?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  And they were paid before this e-mail was sent; right?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Mr. Rivera, again, writes, "This has really been a team effort and the performance by each subcontractor has been truly exceptional," at the end of the e-mail.

19 (Pages 70 - 73)

Page 74

Do you see that?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you see the words on the page in front of you on 104, "This has really been a team effort and the performance by each subcontractor has been truly exceptional"?

MR. FERRO: Object to the form.

THE WITNESS: Yes.

BY MR. SULLIVAN:

Q. Do you know what performance Mr. Rivera was referring to?

A. Based on the --

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Do you know what the team effort was that he was referring to?

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. What was accomplished by Mr. Rivera and the, quote, subcontractors that was so exceptional?

Page 75

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. In fact, this is another example of Mr. Rivera making up cover stories to create the appearance of legitimate consulting services; isn't that right?

MR. FERRO: Object to the form.

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Please turn to page 21. This is PGA 0021. And, again, we're still in Exhibit 1.

You might be on a different page, sir. I'm on -21.

A. Oh, I'm sorry.

Q. Perhaps you're on --

A. 1, -21.

Q. Okay. Do you see it -- it's a document titled "Invoice"? Do you see that?

A. Yes.

Q. Do you recognize this invoice?

A. Based on the advice of counsel, I invoke my Fifth.

Page 76

Q. Same with page 22, on the next page, do you recognize that invoice?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Did Mr. Rivera send you these invoices?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Do you see on page -021 the invoice reads "Customer: Interamerican Consulting; Business: Krome Agronomics, LLC," and it says "Description: Marketing. Total due: $625,000"?

Do you see that, sir?

A. Yes.

Q. Was the $625,000 payment contemplated by this invoice, in fact, paid by Interamerican Consulting to Krome Agronomics?

A. Based on the advice of counsel, I invoke my Fifth.

Q. Turn, please, to page 22, the next page.

Once again, we're -- was the $625,000 payment contemplated by this invoice, in fact, paid by Interamerican to Krome Agronomics, LLC?

A. Based on the advice of counsel, I invoke my Fifth.

Q. And here on page 22, do you see at the top

Page 77

right it says "Date, April 11, 2017"?

A. Yes.

Q. And turning back to page 21, do you see it says "Date, March 30, 2017"?

A. Yes.

Q. Isn't it true, though, sir, that these invoices were written after the payments were made in an effort to make it look like the payments were made in exchange for legitimate services?

MR. JOHNSON: Object to the form.

MR. FERRO: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. So these invoices were fabricated by Mr. Rivera, were they not, to create the appearance of legitimate marketing services?

MR. JOHNSON: Object to the form.

THE WITNESS: Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q. Please turn to page 8. This is going to be back -- PGA 0008.

So beginning on page 0008 and going one, two, three -- four pages and ending on PGA 0012 appear to be

20 (Pages 74 - 77)

Page 78

a number of additional invoices, this time associated with PG & Associates.  Do you see those documents?

A.  Yes.

Q.  Did Mr. Rivera send you these invoices?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Were the payments contemplated in these invoices in fact made by Interamerican Consulting to PG & Associates?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Once again, these invoices were fabricated, were they not, by Mr. Rivera to create the appearance of legitimate marketing services?

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Please turn to page 130, PGA 0130.

For the record, this is an e-mail from Esther Nuhfer to hugo@pgandassociates.net dated March 4, 2017.  The subject is "Forward:  Citgo Invoice number 1."

Do you see that, sir?

Page 79

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Do you recognize this e-mail?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  If I could direct your attention to the attachment to the e-mail, which is on the next page, 0131.

Do you see -- do you see that document on page 0131?

A.  Yes.

Q.  It appears to be an invoice from Interamerican Consulting to Citgo Petroleum Corporate something.  Do you see that?

A.  Yes.

Q.  Looking back at the e-mail, Esther Nuhfer is forwarding to hugo@pgandassociates.net an earlier e-mail from Rivera for Statehouse to gorrn@me.com.

Do you see that e-mail?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 80

BY MR. SULLIVAN:

Q.  And do you see Mr. Rivera writes:

"Raul, attached is the first invoice.  It is important that the payment arrives on Monday, as early as possible, in order to confirm the details of the meeting immediately.  Let me know if you have any questions.  Thank you.

"Regards, David."

Do you see that e-mail?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Do you know why Mr. Rivera was sending Mr. Gorrin an invoice for $5 million to Citgo Petroleum Corporation?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  In his e-mail, Mr. Rivera makes reference to a meeting.  Do you know what meeting Mr. Rivera was referring to?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I

Page 81

invoke my Fifth.

BY MR. SULLIVAN:

Q.  Do you know why payment of $5 million was necessary to confirm this meeting?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Please turn to page 134.  This is PGA 0134.  Again, it's a part of Exhibit 1.

For the record, this is an e-mail from Esther Nuhfer to RGORRN, cc Rivera for Statehouse, hugo@pgandassociates.net, and the subject is "Final Citgo Contract," and it's dated March 7, 2017.

Do you see that e-mail in front of you, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  When Ms. Nuhfer says, "Good luck," do you know what she's referring to?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

21 (Pages 78 - 81)

Page 82

BY MR. SULLIVAN:

Q.  Please turn to page 32.  We're going to be flipping back, PGA 0032.

For the record, this is an e-mail from David Rivera to asesoria032017@gmail.com, dated March 20, 2017.

Do you see that e-mail in front of you, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  I don't see you on this e-mail.  How did this document come into the possession of PG & Associates?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  There's an e-mail from Rivera that says "Eduardo," and then there's another e-mail from Mr. Rivera that says "Mr. Orsini."

My question for you is, do you know who the individual named Eduardo Orsini is?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Please turn to page 63.

Page 83

This is an e-mail from David Rivera to Pio Gonzalez, cc Guillermo Blanco, dated March 21, 2017.

Do you see that in front of you, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Again, I don't see you on this e-mail.  Do you know how it came into the possession of PG & Associates?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Please turn to page 82.

This is an e-mail from David Rivera to hugo@pgandassociates.net dated May 29, 2017, and the subject is "Draft."  Do you see that, sir?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Do you recognize this e-mail?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  The e-mail is the -- strike that.

The subject of the e-mail is "Draft" and the e-mail is addressed to Raul.  Did you understand that

Page 84

Mr. Rivera was sending you a draft e-mail that he intended to send to Raul Gorrin?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on -- based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Did you provide Mr. Rivera any comments on this draft e-mail?

A.  Based on advice --

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  Was this e-mail ever sent to Mr. Gorrin as far as you know?

A.  Based on the advice of counsel, I invoke my Fifth.

Q.  Do you have any idea what Mr. Rivera is talking about in this e-mail?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  I'll direct your attention to the first paragraph of the e-mail.  It says, "Raul, I understand

Page 85

all of the concerns and frustrations expressed by the client."

Do you know who the client is?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  The next sentence says, "However, they should know that [capital] EX never raised the issue of attorneys as a meeting obstacle until after a settlement offer was made by V [the capital letter] V's lawyers to EX's lawyers."

Do you know, sir, who EX refers to?

A.  Based on advice of lawyer -- based on the advice of counsel, I invoke my Fifth.

Q.  When Mr. Rivera makes reference to a settlement offer, do you know what Mr. Rivera's referring to?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.  And when Mr. Rivera says "V's lawyers," do you know what the letter V stands for?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I

22 (Pages 82 - 85)

Page 86

invoke my Fifth.

BY MR. SULLIVAN:

Q.   Do you know why in this e-mail Mr. Rivera was using code names?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   Looking at the second paragraph -- second full paragraph, the first sentence reads "The reason EX cited the, quote, ongoing arbitration process, end quote, in their text to Sombrero," and Sombrero is capitalized, "is that any ex-parte communication between EX and V outside the arbitration process can result in sanctions against both EX as a corporate entity and against EX's attorneys individually."

Do you see the sentence that I'm reading?

A.   Yes.

Q.   Do you know what "the ongoing arbitration process" refers to?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you have any understanding of -- strike that.

Page 87

Do you know who Sombrero is?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you have any understanding of a text -- or text messages to Sombrero?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Mr. Rivera makes reference to ex-parte communication.  Do you have any awareness of "ex-parte communications" between EX and V?

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   I'll direct your attention to the third full paragraph.  It reads, "When EX reacted with the position that for now they wanted to keep matters between the attorneys, I spoke to Sombrero directly.  Sombrero said it was important for V to communicate to EX why it sought to meet, despite the settlement offer that was made through formal legal channels.  Thus the drafting of the text mentioning new opportunities, which I was initially told would not be a problem."

Do you see the text that I just read, sir?

A.   Yes.

Page 88

Q.   Are you aware of the, quote, text mentioning new opportunities?

A.   Based on advice -- based on the advice of counsel, I invoke my Fifth.

Q.   Directing your attention to the fourth full paragraph.  It reads, "Remember, we are in this situation because V chose to send a settlement offer to EX through formal attorney-to-attorney channels rather than through our informal channels at the exact same time we were trying to organize the back-channel meeting, which, in effect, is actually a textbook definition of an ex-parte communication."

Do you see that sentence?

A.   Yes.

Q.   Are you aware of any back-channel meetings between V and EX?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Directing your attention to the sixth paragraph, which is on the next page.  It reads, "In terms of moving forward, I suggest OR 1 or OR 2 make the meeting request via EX's e-mail address."

Do you see that sentence that I just read?

A.   Yes.

Q.   Do you know who OR 1 is?

Page 89

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you know who OR 2 is?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Mr. Rivera makes reference to the meeting request.  Did that meeting ever happen?

A.   Based on the advice of counsel, I invoke my Fifth.

MR. FERRO:  Object to the form.

BY MR. SULLIVAN:

Q.   The next sentence reads, "Simultaneous with this e-mail, Sombrero will put pressure on EX to accept the meeting request for June 9, 10, or 11.  This is the best back-channel avenue to resolve V's situation with EX and ultimately the meeting with Mr. T."

Do you know what V's situation with EX refers to?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   Do you know who Mr. T refers to?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And the last sentence of that paragraph reads, "This pressure by Sombrero may have to include details

23 (Pages 86 - 89)

Page 90

regarding meeting topics, including payments, leases, and MOUs."

Q.   Do you know what "payments, leases, and MOUs" refers to?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And then the second-to-last full paragraph reads, "However, if OR 1 persists in being unwilling to make the written meeting request, then I suggest we return the last payment and either terminate our efforts or return our focus to the original intent, which was to work toward normalizing relations."

Q.   Do you see that sentence?

A.   Yes.

Q.   When Mr. Rivera refers to returning the last payment, do you know what "the last payment" refers to?

A.   Based on the advice of counsel, I invoke my Fifth.

Q.   And Mr. Rivera refers to "our efforts."  Do you know what efforts he was referring to?

A.   Based on --

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

Page 91

BY MR. SULLIVAN:

Q.   There were no such efforts; right, sir?

MR. JOHNSON:  Object to the form.

MR. FERRO:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

BY MR. SULLIVAN:

Q.   Isn't this document yet another example of Mr. Rivera and you making up a story to create the appearance of consulting services?

MR. FERRO:  Object to the form.

MR. JOHNSON:  Object to the form.

THE WITNESS:  Based on the advice of counsel, I invoke my Fifth.

MR. SULLIVAN:  Let's go off the record, please.

THE VIDEOGRAPHER:  Going off record at 11:54 a.m.

(Thereupon, a recess was taken in the deposition, after which the deposition continued as follows:)

THE VIDEOGRAPHER:  Back on record at 12:02 p.m.

BY MR. SULLIVAN:

Q.   Okay.  Mr. Perera, subject to any cross-examination, I have no further questions.

MR. FERRO:  I have no questions.

Page 92

MR. JOHNSON:  I have no questions.

THE WITNESS:  I have no questions.

MR. FERRO:  We're done.

Thank you.

MR. JOHNSON:  Brady, I think I'm missing maybe one exhibit.

This is 1; right?

MR. SULLIVAN:  That's right.

THE VIDEOGRAPHER:  Do you want to go off record?

MR. JOHNSON:  Yes.  I'm sorry.

We're done.

THE VIDEOGRAPHER:  Going off record at 12:03 p.m.

MR. SULLIVAN:  I'll definitely want this one.

(Thereupon, the videotaped deposition was concluded at 12:03 p.m.)

Page 93

CERTIFICATE OF OATH

STATE OF FLORIDA:
COUNTY OF MIAMI-DADE:

I, VANESSA OBAS, RPR, Notary Public, State of Florida, do hereby certify that HUGO PERERA personally appeared before me on March 8, 2022 and was duly sworn and produced his driver's license as identification.

Signed this 10th day of March, 2022.

_____
VANESSA OBAS, RPR
Notary Public, State of Florida
My Commission No.:  GG 364117
Expires:  September 13, 2023

24 (Pages 90 - 93)

Page 94

CERTIFICATE OF REPORTER

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

I, VANESSA OBAS, RPR, Notary Public, State of Florida, certify that I was authorized to and did stenographically report the deposition of HUGO PERERA; that a review of the transcript was requested; and that the foregoing transcript, pages 6 through 92, is a true and accurate record of my stenographic notes.

I further certify that I am not a relative, employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

DATED this 10th day of March, 2022.

_____

VANESSA OBAS, RPR

Page 95

SIMON FERRO, JR., ESQ.

ferro.simon@gmail.com

March 16, 2022

RE: PDV USA, INC. v. Interamerican Consulting Inc.
3/8/2022, Hugo Perera (#5120725)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at erratas-cs@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

Page 96

PDV USA, INC. v. Interamerican Consulting Inc.

3/8/2022 - Hugo Perera (#5120725)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____  _____
Hugo Perera                Date

Page 97

PDV USA, INC. v. Interamerican Consulting Inc.

3/8/2022 - Hugo Perera (#5120725)

ACKNOWLEDGEMENT OF DEPONENT

I, Hugo Perera, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____
Hugo Perera                Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

25 (Pages 94 - 97)

[& - 54]                                                                    Page 1

**&**

**&**  2:4 3:7 4:4,8,11
5:8 7:21 8:6,13,25
11:13 14:2,9,12,14
14:20,25 15:4,8,11
16:2,6,10,16 18:24
19:20 20:10 22:5
28:2 31:14 47:2,8
49:4 50:1,9,18,25
51:18 53:1,16
54:24 55:6,8,22
56:9,20 58:2,12,20
59:2 61:14 68:14
68:18 69:3,10
72:18 73:1,9,14
78:2,11 82:13
83:9

**0**

**00**  21:14
**0001**  46:19 64:21
**0002**  52:14
**0006**  53:7
**0007**  54:21
**0008**  77:23,24
**001**  63:11
**0012**  77:25
**00140**  64:20
**0015**  57:20
**0021**  75:13
**0023**  22:17 23:4
**0024**  23:15,16,18
**0032**  82:3
**0054**  24:11,12
32:12 35:6
**0055**  25:13,19 28:6
39:10 42:18
**0059**  26:4
**0060**  28:14,22
30:10

**0104**  71:4
**0130**  78:21
**0131**  79:10,12
**0134**  81:9
**0139**  60:5,13
**0140**  62:15,16
**0169**  64:17,23
**0170**  64:17
**021**  76:8

**1**

**1**  1:14 2:14 4:3 5:5
7:20,25 10:19
20:5,9 22:5 23:22
28:8 42:18 52:12
60:12 63:17,19
75:14,19 78:24
81:10 88:21,25
90:8 92:7
**1/14/2020**  24:5
**10**  89:14
**10019**  2:5
**104**  71:4 74:5
**10:08**  5:4
**10:40**  29:23
**10:45**  30:2
**10th**  93:11 94:19
**11**  20:12 77:1
89:14
**1225**  1:14 2:14 5:9
**12:02**  91:21
**12:03**  1:12 92:14
92:17
**13**  93:18
**130**  78:21
**134**  81:9
**139**  60:5,6
**14**  4:9 24:2
**140**  63:15 64:2
**141**  61:22 64:3
**15**  17:6,8 32:5

**16**  4:12 95:3
**169**  64:23 65:2,13
65:20 66:2
**170**  20:9 64:23
68:10,13
**180**  2:9
**19**  4:18

**2**

**2**  4:5 8:8,14,17,20
8:21 9:3,5,6,20
10:14,17,24,25,25
11:12,25 12:7,14
12:24 52:12 88:21
89:3
**20**  1:2 47:20 48:6
63:12 82:5 97:15
**2017**  4:9,12,15
11:7 14:4,8,19,25
15:4,7,11 16:2,6
16:16,19,20 17:4,6
17:8,11 18:1,5,11
18:15,19 25:4,8
27:9 47:20 48:6
48:10 54:2 60:20
62:19 63:3,13,18
64:24 66:4 68:15
71:8 72:13,14
77:1,4 78:23
81:14 82:6 83:2
83:14
**2018**  48:11 54:3
**2020**  24:2,8
**2021**  20:11,12
**2022**  1:11 5:4 93:8
93:11 94:19 95:3
**2023**  93:18
**21**  11:7 25:2,8
75:13,16,19 77:3
83:2
**22**  76:1,19,25

**22726**  93:15 94:21
**23**  22:13,14
**24**  24:3
**25**  51:13 56:10
**27**  20:10
**29**  71:8 72:13
83:14
**2a**  2:9

**3**

**3**  4:6 8:10,14,18,20
8:23 9:3,5 49:13
49:21 60:20 62:19
63:3
**3/20/17**  47:16
**3/8/2022**  95:5 96:2
97:2
**30**  4:5,7 8:8,12,21
9:1 77:4 95:17
**32**  82:2
**32789**  2:10
**33134**  1:15 2:15
**364117**  93:17
**3699**  1:2

**4**

**4**  4:7 8:12,15,19,25
9:4,5,22 10:15,17
11:11 51:8 78:23
**4,375,000**  68:14
**4.375**  69:11

**5**

**5**  4:9 11:4,25 14:8
14:13,15,18 15:15
16:14,15 17:8
26:3 80:15 81:3
**5120725**  95:5 96:2
97:2
**5124**  6:17
**54**  24:11

**[6 - amendment]** Page 2

**6**

**6** 3:4 4:5,7,12 8:8 8:12,21 9:1 16:19 16:23,25 17:4,9,11 17:21 28:13,16,18 30:9 94:10

**6-0** 29:1

**60** 28:23

**61** 28:7,24

**625,000** 66:3,15 76:11,14,20

**63** 82:25

**7**

**7** 4:3,18 11:16 19:2,5,7,9,19 81:14

**787** 2:4

**8**

**8** 1:11 4:5,6,7 5:4 11:22 12:1 77:22 93:8

**82** 83:12

**9**

**9** 89:14

**92** 94:10

**93** 3:5

**94** 3:6

**95** 3:7

**96** 3:7

**97** 3:8

**9:30** 1:12

**9s** 72:1

**a**

**a.m.** 1:12 5:4 29:23 30:2 91:17

**ability** 7:11 50:4

**accept** 89:13

**accomplished** 74:24

**accuracy** 95:9

**accurate** 60:24 65:19,20 94:11

**accurately** 16:15 17:11 19:19

**acknowledgement** 3:8 97:3

**acknowledgment** 95:12

**action** 11:8 94:16 94:17

**activities** 54:24 56:5

**additional** 78:1

**additions** 97:6

**address** 24:19,20 32:22 33:8,11 34:9 49:5 88:22

**addressed** 83:25

**addresses** 24:23

**advice** 6:21 7:1,7 9:18 10:3 12:10 12:18 13:1,8,12,16 13:20,24 14:23 15:2,5,9,13,25 16:4,8,11,17 17:13 17:17,24 18:3,6,9 18:13,17,21,25 19:14,17,21 20:2 22:8,11 23:9,13,25 24:9,15,21,24 25:3 25:9,17,23 26:1,12 26:14,20 27:7,10 27:13,16,20,24 28:3,11 29:11 30:7,14,18,23 31:2 31:7,11,18,18,23 32:3,8,20,25 33:4 33:6,14,17,21,24 34:3,10,13,17,20 34:24 35:3,19,23

36:1,6,11,14,19,24 37:2,6,12,18 38:2 38:10 39:6,14,19 39:23 40:2,7,11,15 40:20,24 41:6,9,14 41:19,21 42:1,4,9 42:14,21 43:2,8,15 43:21 44:3,10,17 44:24 45:6,11,18 45:25 46:7,14,25 47:4,12,17,21 48:3 48:7,12,16,21 50:7 50:11,14,21 51:5 51:20,22 52:2,6,10 52:21,24 53:3,13 53:18,23 54:4,7,12 54:17 55:4,7,11,17 56:1,18,23 57:4,8 57:12,17 58:4,9,17 58:24 59:9,16,21 59:24 60:2,17,21 61:1,5,9,19 62:7 62:12,22 63:4,23 64:7,12 65:4,9,16 65:23 66:5,12,18 66:25 67:7,15,23 68:7,16,23 69:7,12 69:20 70:3,11,18 70:25 71:12,17,22 72:9,15,22 73:2,11 73:16,20 74:2,15 74:21 75:2,10,24 76:3,6,17,23 77:12 77:19 78:6,12,18 79:2,6,23 80:11,18 80:25 81:6,17,23 82:9,14,22 83:5,10 83:17,21 84:4,9,11 84:16,21 85:5,14 85:15,19,25 86:7 86:22 87:2,6,12

88:3,3,17 89:1,4,8 89:19,22 90:5,17 90:23 91:5,13

**affirm** 5:25

**agreed** 3:13

**agreement** 10:20 11:5,5,13 25:16,20 25:22 26:4 27:19 28:6,10,14 30:10 30:13 32:2 34:2 35:2 36:5 37:17 39:10,18 40:6,19 41:13 42:8,17,24 43:12 48:10 49:7 50:1,4 51:14 52:1 52:4,8,15 53:6,25 54:2,11,14,15,20 55:9 57:3,6,10,15 57:22 58:1,1,12,14 58:21,21 59:3,3,20 61:15 62:1 63:11 66:8 68:19 69:3

**agronomics** 8:6 14:3 17:6,12 18:2 18:5,8,12,15,19,24 20:12 28:2 31:15 57:23 58:13,21 59:3,5,19 65:7,14 65:21 66:3,15 72:17 73:1,10 76:10,16,22

**alexander** 1:13

**alhambra** 1:14 2:14 5:9

**allotted** 95:20

**allow** 38:13,24

**allup** 41:5,12

**amendment** 6:22 7:2,8 9:19 10:4 12:11,19 13:2,9,13 13:17,21,25 14:24

**[amendment - based]**                                                              Page 3

15:3,6,10,14 16:1
16:5,9,12
**amounts** 71:25
73:13,13
**annual** 4:10,14,17
14:9,19 16:16,20
16:21 17:5,12
**answer** 6:23 7:2,8
7:10,12,13 9:19
10:4 12:11,20
13:3,9,13,17,21,25
14:24 15:3,6,10,14
15:24 16:1,5,9,12
**answers** 63:1
**appear** 77:25
**appearance** 75:6
77:16 78:15 91:10
**appeared** 93:8
**appearing** 2:6,11
2:16
**appears** 26:5
57:22 61:11,13,23
63:16 64:20,20
79:14
**appended** 97:7
**appendix** 54:20
56:5
**applicable** 11:17
95:8
**appointment** 35:9
36:8,10
**appropriate** 29:7
56:14
**april** 72:13 77:1
**arbitration** 86:12
86:15,20
**arrives** 80:4
**asesoria032017**
82:5
**asked** 7:24 30:5
32:18 73:1

**asking** 62:5,11
72:12,17
**associated** 78:1
**associates** 4:5,8,11
7:21 8:6,13,25
11:13 14:2,10,12
14:14,20 15:1,4,8
15:12 16:2,6,10,16
18:24 19:20 20:10
22:6 28:2 31:14
47:2,8 49:4 50:1,9
50:18 51:1,18
53:1,16 54:24
55:6,8,22 56:9,20
58:2,12,20 59:2
61:15 68:14,19
69:3,10 72:18
73:1,9,15 78:2,11
82:13 83:9
**attach** 61:11
**attached** 80:3
95:11
**attachment** 25:11
61:22 64:4,19
79:9
**attachments** 62:15
**attention** 9:20
16:14 20:4 22:1
25:11 28:5 34:5
46:17 62:14 63:10
64:3 79:8 84:24
87:15 88:5,19
**attorney** 88:8,8
94:14 95:13
**attorneys** 85:10
86:17 87:18 94:16
**authorized** 94:7
**available** 95:6
**avenue** 2:4,9 89:15
**aware** 30:11,20
31:4 32:5 33:1

34:22 36:3 37:15
39:16,21 40:4,9,17
40:22 41:11,16
42:6,11,19 88:1,15
**awareness** 87:9

**b**

**b** 4:1,5,7 8:8,12,21
9:1
**back** 8:2 10:14,25
11:11 16:14 20:4
24:3 28:5 30:2
32:10 34:5 63:6,8
63:10,15 64:2,9
71:3,3 77:3,23
79:18 82:3 88:10
88:15 89:15 91:21
**backdate** 72:18
**backdated** 48:14
54:5 58:22
**backdating** 63:20
**backwards** 28:16
28:20
**base** 50:21
**based** 6:21,21 7:1
7:7 9:18 10:3
12:10,18 13:1,8,12
13:16,20,24 14:23
15:2,5,9,13,25
16:4,8,11,17 17:13
17:17,17,24 18:3,6
18:9,13,17,21,25
19:14,17,21 20:2
22:8,11 23:9,13,25
24:9,15,21,24 25:3
25:9,17,23 26:1,12
26:14,20 27:7,10
27:13,16,20,24
28:3,11 29:11
30:7,14,18,23 31:2
31:7,11,18,18,23
32:3,8,20,25 33:4

33:6,14,17,21,24
34:3,10,13,17,20
34:24 35:3,19,23
36:1,6,11,14,19,24
37:2,6,12,18 38:2
38:10 39:6,14,19
39:23 40:2,7,11,15
40:20,24 41:6,9,14
41:19,21 42:1,4,9
42:14,21 43:2,8,15
43:21 44:3,10,17
44:24 45:6,11,18
45:25 46:7,14,25
47:4,12,17,21 48:3
48:7,12,16,21 50:7
50:11,14,21 51:5
51:20,22 52:2,6,10
52:21,24 53:3,13
53:18,23 54:4,7,12
54:17 55:4,7,11,17
56:1,18,23 57:4,8
57:12,17 58:4,9,17
58:24 59:9,16,21
59:24 60:2,17,21
61:1,5,9,19 62:7
62:12,22 63:4,23
64:7,12 65:4,9,16
65:23 66:5,12,18
66:25 67:7,15,23
68:7,16,23 69:7,12
69:20 70:3,11,18
70:25 71:12,17,22
72:9,15,22 73:2,11
73:16,20 74:2,13
74:15,21 75:2,10
75:24 76:3,6,17,23
77:12,19 78:6,12
78:18 79:2,6,23
80:11,18,25 81:6
81:17,23 82:9,14
82:22 83:5,10,17

**[based - consulting]**

83:21 84:4,4,9,11 84:16,21 85:5,14 85:14,19,25 86:7 86:22 87:2,6,12 88:3,3,17 89:1,4,8 89:19,22 90:5,17 90:21,23 91:5,13
**bates** 21:12 22:14 60:12
**beach** 6:19
**beginning** 25:12 42:18 77:24
**begins** 39:10
**behalf** 2:6,11,16 8:6
**best** 7:11 50:3 89:15
**better** 65:12
**big** 60:4
**binder** 20:17,18 23:12
**bit** 21:10
**blanco** 26:13 32:14,18 41:25 42:7 83:2
**blank** 23:5
**block** 26:9,17 53:9 53:16,21
**blocks** 47:7
**blue** 20:20,25
**borges** 35:12 36:21,23 37:1,5,10 37:16,22
**bottom** 9:22 21:13 21:22 22:20 47:6 49:12
**brady** 2:3 5:16 8:16 92:5
**break** 7:19
**breaks** 7:18

**bribe** 44:15,21 45:2 66:22 67:4 69:17,25
**bribes** 45:9,14,22 46:4,11
**bsullivan** 2:5
**business** 14:2 15:11 16:2,6 18:11,16,20 19:20 27:15 28:1 33:23 34:15,19 65:7,14 76:9
**byrd** 2:8 5:19
**byrdcampbell.com** 2:10

**c**

**c** 2:1 5:1
**call** 21:12 35:8
**called** 6:6 29:14
**campbell** 2:8 5:19
**capacity** 8:5
**capital** 85:9,11
**capitalized** 86:13
**captioned** 9:14
**case** 1:2
**cc** 60:11 81:12 83:2
**ceo** 40:1
**certificate** 3:5,6 21:5 93:1 94:1
**certified** 21:7
**certify** 93:7 94:7 94:13
**certifying** 21:5
**chancellor** 35:11 36:16,18 37:9,22
**change** 96:4,7,10 96:13,16,19
**changes** 95:10 97:6

**channel** 88:10,15 89:15
**channels** 87:21 88:8,9
**chose** 88:7
**circled** 23:22
**cited** 86:11
**citgo** 31:5 32:1 68:3 70:22 78:24 79:15 80:15 81:14
**citgo.com.** 32:23
**clear** 17:19
**client** 29:6,6 49:8 50:3,5 51:14,15 55:1 56:11,13 85:2,3
**clip** 20:18
**clipped** 20:17
**code** 86:4
**collection** 20:9 22:18
**come** 8:1 47:2 53:1 63:8 82:13
**comments** 84:7
**commission** 93:17
**communicate** 40:13 51:25 57:2 87:19
**communicated** 35:24 37:4 39:11 39:25 41:4,24
**communication** 86:14 87:9 88:12
**communications** 11:18 33:1,5 36:3 37:15 39:16,22 40:4,10,17,23 41:11,17 42:6,11 87:10
**company** 4:14,17 16:20,21 17:5

19:16 29:14 30:6
**compendium** 23:12
**compensation** 51:8
**complete** 97:8
**completed** 95:17
**conceal** 38:6 39:3
**concerns** 85:1
**concluded** 92:17
**conduct** 18:12 28:1
**confirm** 35:9 80:5 81:4
**confusing** 11:2
**congressman** 35:9 35:25 37:21 40:14
**connected** 94:16
**connection** 10:11 22:6 30:13,22 31:6,21 32:2,6 33:2 36:4 37:16 39:17 40:5,18 41:12 42:7,20,24 43:6,12,19,25 44:7 45:3,10,15,23 46:5 46:12
**consultant's** 29:5
**consulting** 1:7 5:7 5:20 9:15 10:20 11:4,5 16:3 18:16 25:16,20,22 26:3 26:17,19 27:19 28:5,10,13 29:5 30:9,11,16,20 31:1 31:4,9,16,21 32:1 32:6 34:1 35:2 36:5 37:17,24 39:10,18 40:6,19 41:13 42:8,17,24 43:12 44:14 47:23

**[consulting - de]** Page 5

49:3,7 50:3 51:1 53:9 54:15,25 55:1 56:6,11,12 61:14,15,24 62:1 66:4,16 67:19 68:3,15 70:7,15,22 75:7 76:9,15 78:10 79:15 91:10 95:4 96:1 97:1

**contemplated** 44:14 76:14,21 78:9

**continued** 29:25 91:19

**contract** 30:22 31:6,22 32:7,11 33:3 42:20 43:6 43:19 44:1,8,14,21 45:3,10,15,23 46:5 46:12,21 47:19 48:19,24 49:2 50:18,24 51:8 53:12 55:14,20 59:4 61:13,23 63:15,19 81:14

**contracted** 56:12

**contractor** 49:4 50:2 51:13

**contractor's** 49:6 50:4 51:14

**contracts** 60:12 61:4,8,12 62:5,11

**contreras** 17:16 17:21,23

**contributions** 72:3

**conversations** 12:12,22

**copies** 95:14

**copy** 60:24

**coral** 1:15 2:15 5:10

**corner** 9:14 21:13 23:21 24:1,4

**corporate** 79:15 86:16

**corporation** 4:10 14:9,19 31:6 32:2 68:4 70:23 80:16

**correct** 48:14 97:8

**corrections** 97:6

**correctly** 36:22

**counsel** 3:14 5:14 6:21 7:1,7 9:18 10:3,5 12:10,18 13:1,8,12,16,20,24 14:23 15:2,5,9,13 15:25 16:4,8,11,17 17:13,17,20,24 18:3,6,9,13,17,21 18:25 19:14,17,21 20:2 22:8,11 23:9 23:13,25 24:9,15 24:21,24 25:9,17 25:23 26:1,12,14 26:20 27:7,10,13 27:16,20,24 28:3 28:11 29:11 30:7 30:14,18,23 31:2,7 31:11,19,23 32:3,8 32:20,25 33:4,6,14 33:17,21,24 34:3 34:10,13,17,20,24 35:3,19,23 36:1,6 36:11,14,19,24 37:2,6,12,18 38:2 38:10 39:6,12,14 39:19,23 40:2,7,11 40:15,20,24 41:6,9 41:14,21 42:1,4,9 42:14,21 43:2,8,16 43:21 44:3,10,17 44:24 45:6,11,18

45:25 46:7,14,25 46:25 47:4,12,21 48:3,7,12,16,21 50:7,14,22 51:5,22 52:2,6,10,21,24 53:3,13,18,23 54:4 54:7,12,17 55:4,7 55:11,17 56:1,18 56:23 57:4,8,12,17 58:4,9,17,24 59:9 59:16,21,24 60:2 60:17,21 61:1,5,9 61:19 62:7,12,22 63:4,23 64:7,12 65:4,9,16,23 66:5 66:12,18,25 67:7 67:15,23 68:7,16 68:23 69:7,12,20 70:3,11,18,25 71:12,17,22 72:9 72:15,22 73:2,11 73:16,20 74:2,15 74:21 75:2,10,24 76:3,6,17,23 77:12 77:19 78:6,12,18 79:2,6,23 80:11,18 80:25 81:6,17,23 82:9,14,22 83:5,10 83:17,21 84:5,11 84:16,21 85:5,15 85:19,25 86:7,22 87:2,6,12 88:4,17 89:1,4,8,19,22 90:5,17,23 91:5,13 94:14,16 95:14

**county** 93:4 94:4

**course** 29:17 65:6 65:14

**court** 1:1 5:12,15 5:23 6:8 7:24 9:7

**cover** 32:10 37:23 38:5 39:1 63:2 75:6

**create** 75:6 77:16 78:15 91:9

**creation** 57:15

**cross** 91:24

**cs** 95:15

**current** 6:20

**currently** 6:16

**customer** 76:9

**cv** 1:2

**d**

**d** 3:1 5:1

**dade** 93:4 94:4

**dallas** 35:10 36:9

**darren** 39:25 40:5

**date** 1:11 24:2,4 47:15 53:20 77:1 77:4 96:24 97:12

**dated** 63:3 71:8 72:13 78:23 81:14 82:5 83:2,14 94:19

**dates** 71:25

**david** 2:19 13:18 23:6 25:1,7 26:22 26:25 27:5 32:15 33:2 34:22 35:5 36:4 37:23 39:17 40:5,18 41:12 42:7 44:6 46:10 47:23 53:10 57:2 59:20 60:11 71:7 80:8 82:4 83:1,13

**day** 14:5 93:11 94:19 97:15

**days** 95:17

**de** 30:6,12 31:16 67:11 70:7

**[dealings - exhibit]** Page 6

**dealings** 12:15
**december** 20:10
**declare** 97:4
**decline** 6:23 7:2,8
  9:19 10:4 12:11
  12:19 13:2,9,13,17
  13:21,25 14:24
  15:3,6,10,14 16:1
  16:5,9,12
**deemed** 97:6
**deems** 29:6 56:13
**defendant** 1:8
  2:11
**defined** 48:25 49:3
  49:4,8,25
**definitely** 92:15
**definition** 88:12
**deponent** 2:16 3:8
  3:14 5:22 95:13
  97:3
**deposed** 13:5,7
**deposing** 95:13
**deposition** 1:10
  3:15 5:6,8 7:6
  9:22 10:2,11,14,18
  11:12 13:11,15,19
  13:23 29:25,25
  91:19,19 92:16
  94:8
**description** 4:2
  76:10
**designed** 38:6 39:2
  50:24 55:20 59:4
**despite** 87:20
**details** 80:5 89:25
**difference** 57:25
**different** 22:2
  64:21,21 75:15
**difficult** 7:15
**direct** 3:4 6:9 20:4
  22:1 25:11 46:17

62:14 63:10 64:3
  79:8 84:24 87:15
**directing** 16:14
  28:5 34:5 88:5,19
**directly** 12:2
  87:18
**discuss** 52:4,8 57:6
  57:10 59:19,23
  60:1
**disposition** 35:11
  37:9
**district** 1:1,1
**document** 15:16
  15:17 24:7 25:15
  25:20 39:2 46:18
  46:24 47:3 48:2,6
  49:8 52:18 53:2
  63:13 64:15 65:3
  65:13 66:2 68:13
  75:20 79:11 82:13
  91:8
**documents** 4:3
  7:20 9:11 12:24
  20:10,17,19,21,22
  20:25 21:7 22:2
  22:10 23:11 78:2
**dollar** 73:13
**domestic** 50:3
**double** 23:17
**doubt** 60:23
**draft** 83:15,24
  84:1,8
**drafting** 87:21
**drive** 6:17
**driver's** 93:9
**due** 76:11
**duly** 6:6 93:8
**duplicate** 20:11
**duties** 49:13,21,24
**duty** 29:5 50:2

**e**

**e** 2:1,1 3:1 4:1 5:1
  5:1 23:6 24:14,19
  24:20,23 25:1,7,12
  32:10,13,16,22
  33:8,11,19 34:5,9
  35:5,7 37:21 60:9
  60:14,19,24 62:18
  63:2,2 64:9,10
  71:7,10,15,20,24
  73:7,18,25 78:22
  79:5,9,18,19,21
  80:9,21 81:11,15
  82:4,7,12,16,17
  83:1,8,13,20,23,24
  83:25 84:1,8,14,19
  84:25 86:3 88:22
  89:13 96:3,3,3
**earlier** 63:12 66:9
  68:20 69:4 79:19
**early** 27:9 80:4
**ebner** 39:12,17
**eduardo** 82:17,20
**effect** 88:11
**effort** 72:4 73:23
  74:5,18 77:7
**efforts** 90:10,19,20
  91:2
**either** 11:23 12:1
  90:10
**employee** 94:14,15
**employees** 16:10
**ends** 22:16
**engaged** 34:15,19
**english** 21:2,7,19
  35:13
**entered** 11:5 49:2
**entire** 46:19
**entity** 14:20 17:5
  86:16

**errata** 3:7 95:11
  95:13,17
**erratas** 95:15
**es.net** 4:19
**esq** 95:1
**esquire** 2:3,8,13
**esther** 24:17 33:9
  34:6,9,12,23 35:1
  43:24 46:3 52:9
  57:11 60:1,10,19
  60:24 62:18 71:8
  78:22 79:18 81:11
**ex** 85:9,13 86:11
  86:14,14,16 87:8,9
  87:10,16,19 88:8
  88:12,16 89:13,16
  89:17
**ex's** 85:12 86:16
  88:22
**exact** 20:25 88:9
**examination** 3:4
  6:9 91:24
**example** 21:14
  75:5 91:8
**exceptional** 72:5
  73:24 74:7,25
**exchange** 77:8
**exchanged** 27:22
**excuse** 16:13,24
  29:15
**exhibit** 4:3,5,6,7,9
  4:12,18 7:20,25
  8:8,10,12 9:20
  10:14,17 11:25
  12:7,14,24 14:8,13
  14:18 15:15 16:14
  16:15,19,23,25
  17:4,8,9,11,21
  19:2,5,7,9,19 20:5
  20:6,9,14,16 22:5
  28:8 42:18 52:12

**[exhibit - form]** Page 7

60:12 61:8 75:14
81:10 92:6
**exhibits** 8:14 9:3
**expires** 93:18
**explain** 20:15
**expressed** 85:1
**exxonmobil** 39:13
40:1

**f**

**f** 1:13
**fabricated** 77:15
78:14
**fact** 30:16 37:20
44:20 51:2,18
55:23 56:20 59:12
73:14 75:5 76:15
76:21 78:10
**fails** 95:19
**familiar** 9:13
29:13 30:5 33:23
**far** 22:16 30:16,25
31:9 39:21 40:9
40:22 41:16 42:11
84:14
**farr** 2:4 5:17
**fee** 56:10
**fees** 51:13,19
56:21
**ferro** 2:13,13 5:8
5:21,21 8:20,22,24
10:8,9,13 12:17,25
13:14 14:16 15:20
15:22 17:1 22:20
22:24 29:15,19
37:11 43:1,13,20
45:4 48:15 50:19
51:3 54:6 55:16
55:25 58:3,15
59:8,15 61:18
62:6,21 63:21
64:11,18 65:8,15

65:22 66:10,17,23
67:6,14,22 68:6,21
69:6,19,22 70:2,9
71:11,16 72:8,21
73:4 74:8,14,20
75:1,8 77:11 78:5
79:1,22 80:10,17
80:24 81:5,16,22
82:8,21 83:4,16
84:3,10,20 85:4,18
85:24 86:5 87:11
89:10 90:22 91:4
91:11,25 92:3
95:1
**ferro.simon** 2:15
95:2
**field** 34:6
**fifth** 6:22,22 7:2,8
9:19 10:4 12:11
12:19 13:2,8,13,17
13:21,25 14:24
15:3,6,10,14 16:1
16:5,9,12,18 17:14
17:18,25 18:4,7,10
18:14,18,22 19:1
19:15,18,22 20:3
22:9,12 23:10,14
23:25 24:10,16,22
24:25 25:10,17,24
26:2,12,15,21 27:8
27:11,14,17,21,25
28:4,12 29:12
30:8,15,19,24 31:3
31:8,12,19,24 32:4
32:9,21,25 33:4,6
33:15,18,22,25
34:4,11,14,18,21
34:25 35:4,20,23
36:2,7,12,15,20,25
37:3,7,13,19 38:3
38:11 39:7,15,20

39:24 40:3,8,12,16
40:21,25 41:7,10
41:15,22 42:2,5,10
42:15,22 43:3,9,16
43:22 44:4,11,18
44:25 45:7,12,19
46:1,8,15 47:1,5
47:13,21 48:4,8,13
48:17,22 50:8,15
50:22 51:6,23
52:3,7,11,22,25
53:4,14,19,24 54:4
54:8,13,18 55:5,7
55:12,18 56:2,19
56:24 57:5,9,13,18
58:5,10,18,25
59:10,17,22,25
60:3,18,22 61:2,6
61:10,20 62:8,13
62:23 63:5,24
64:8,13 65:5,10,17
65:24 66:6,13,19
67:1,8,16,24 68:8
68:17,24 69:8,13
69:21 70:4,12,19
71:1,13,18,23
72:10,16,23 73:3
73:12,17,21 74:3
74:16,22 75:3,11
75:25 76:4,7,18,24
77:13,20 78:7,13
78:19 79:3,7,24
80:12,19 81:1,7,18
81:24 82:10,15,23
83:6,11,18,22 84:5
84:12,17,22 85:6
85:15,20 86:1,8,23
87:3,7,13 88:4,18
89:2,5,9,20,23
90:6,18,24 91:6,14

**filed** 17:6,8
**final** 81:13
**finalize** 35:10 37:9
**financially** 94:17
**finger** 63:8
**finish** 7:12,13
**firm** 2:13 5:11,13
5:17
**first** 6:6 8:17 9:17
11:19 12:4 13:5,7
14:22 20:21,21
22:4 27:5 29:3
33:9 34:6 35:8,15
35:22 39:11 46:18
61:13 62:14 63:6
72:6 80:3 84:24
86:11
**fisher** 6:17
**five** 9:21 29:21
73:8
**flip** 9:21 21:12
28:15,20 61:12
**flipping** 63:15
82:3
**florida** 1:15 2:10
2:15 4:9,12,15
5:10 14:8,19
16:19,21 17:4
93:3,7,17 94:3,7
**focus** 14:4 90:11
**focusing** 42:17
**following** 11:18
12:3
**follows** 6:7 30:1
91:20
**font** 23:20 24:2
**foregoing** 94:10
97:5
**form** 12:17,25
15:20,22 37:11
38:1,9,19 39:5

**[form - interamerican]**

41:1,20 42:13,25 43:1,7,13,14,20 44:2,9,16,23 45:4 45:5,16,17,24 46:6 46:13 48:15 50:13 50:19,20 51:3,4,21 54:6 55:10,15,16 55:24,25 56:22 57:16 58:3,8,15,16 58:23 59:7,8,14,15 61:18 62:6,21 63:21,22 64:11 65:8,15,22 66:10 66:11,17,23,24 67:5,6,13,14,21,22 68:5,6,21,22 69:5 69:6,14,18,19 70:1 70:2,9,10,17,24 71:11,16 72:8,20 72:21 73:4 74:8 74:14,20 75:1,8,9 77:10,11,18 78:5 78:17 79:1,22 80:10,17,24 81:5 81:16,22 82:8,21 83:4,16 84:3,10,20 85:4,18,24 86:5,6 87:11 89:10 90:22 91:3,4,11,12

**formal** 87:21 88:8
**former** 39:12 40:13
**forward** 28:16 78:24 88:21
**forwarding** 79:19
**founder** 18:8
**four** 68:14 73:8 77:25
**fourth** 88:5
**fox** 1:13 5:8

**friends** 27:12
**front** 6:24 9:3 14:18 17:9,20 19:7 23:18 71:5 74:4 81:15 82:7 83:3
**frustrations** 85:1
**fulfill** 50:4
**fulfillment** 49:6 51:14
**full** 6:13 86:10 87:15 88:5 90:7
**further** 91:24 94:13

**g**

**g** 5:1 61:25
**gables** 1:15 2:15 5:10
**gallagher** 2:4
**general** 39:12
**gg** 93:17
**gilbert** 17:16,21 17:23
**give** 6:1 7:12
**given** 50:17 97:9
**gmail.com** 2:15 82:5 95:2
**go** 91:15 92:9
**going** 5:3 7:10,25 8:1,1 20:15 21:25 22:16 28:14,15,19 29:19,22 41:1 60:4 63:8 77:22 77:24 82:2 91:16 92:13
**gonzalez** 32:14,19 83:2
**good** 5:3,16,21 6:11,12 81:20
**gorrin** 24:18 33:16 33:20 34:1 38:7

39:4 43:18 45:21 52:5 57:7,14 59:23 60:11 62:11 80:15 84:2,14
**gorrin's** 33:23
**gorrn** 79:20
**government** 12:9 12:13,14,23 44:15 44:21 45:3,10,14 45:22 46:4,11 66:22 67:4 69:17 69:25
**great** 29:1 72:3
**ground** 7:9
**guess** 28:19
**guillermo** 26:13 32:14,18 83:2

**h**

**h** 4:1 61:25 96:3
**hand** 5:24 8:1,18 9:14 21:13 23:21 24:1,4 26:8,16 47:7,14,22 53:15
**happen** 36:13 89:7
**hard** 28:20 72:2
**heading** 48:24
**hear** 9:17 38:13
**held** 5:8
**henry** 41:5,12
**hereto** 58:13 97:7
**highlighted** 53:21
**hitting** 49:16
**hope** 36:22
**hopefully** 35:10
**hugo** 1:10 3:3 4:6 5:6 6:5,15 8:10,23 24:18,19 47:8 53:16 60:10,11 61:3,8 71:9 78:23 79:19 81:13 83:14 93:7 94:8 95:5

96:2,24 97:2,4,12
**huh** 15:21 21:21 47:25
**hun** 68:14

**i**

**idea** 84:18
**identical** 63:16
**identification** 7:22 8:9,11,13 14:10 16:22 19:4 93:9
**immediately** 80:6
**important** 80:4 87:19
**include** 89:25
**including** 90:1
**income** 64:24
**incorporated** 5:18 9:14,15 11:6 14:20 16:16 26:9 26:11 30:22 47:23 49:3 54:25 55:2 56:6,10
**independent** 21:6
**indirectly** 12:2
**individual** 8:5 19:24 27:2 82:20
**individually** 86:17
**individuals** 32:15
**informal** 88:9
**initially** 87:23
**intended** 84:2
**intent** 90:11
**interamerican** 1:7 5:7,20 9:15 11:6 11:13,20 12:4 26:17,19 30:12,21 31:5 32:6 47:23 49:3 50:25 53:9 53:20 54:15 55:1 55:21 56:5 59:5 61:14,16,24 62:1

**[interamerican - laundered]** Page 9

66:3,9,16 68:15,19
69:3 73:14 76:9
76:15,22 78:10
79:14 95:4 96:1
97:1
**interested** 94:17
**interglobal** 61:24
64:5 72:2
**introduce** 5:14
**introductory**
21:11
**invoice** 71:25
75:21,23 76:2,8,15
76:21 78:24 79:14
80:3,15
**invoices** 71:21
72:13,18,25 73:9
76:5 77:6,15 78:1
78:4,10,14
**invoke** 6:22 7:1,7
9:18 10:3 12:10
12:19 13:2,8,12,16
13:20,24 14:23
15:2,5,9,13,25
16:4,8,11,17 17:13
17:18,24 18:3,6,9
18:13,17,21,25
19:14,17,21,22
20:2 22:8,11 23:9
23:13,25 24:9,15
24:21,24 25:9,17
25:23 26:1,12,14
26:20 27:7,10,13
27:16,20,24 28:3
28:11 29:11 30:7
30:14,18,23 31:2,7
31:11,19,23 32:3,8
32:20,25 33:4,6,14
33:17,21,24 34:3
34:10,13,17,20,24
35:3,19,23 36:1,6

36:11,14,19,24
37:2,6,13,18 38:3
38:11 39:7,14,19
39:23 40:2,7,11,15
40:20,24 41:6,9,14
41:22 42:1,4,9,15
42:21 43:3,9,16,22
44:4,11,18,25 45:7
45:11,19 46:1,8,15
47:1,4,12,21 48:3
48:7,12,17,21 50:7
50:15,22 51:6,23
52:2,6,10,21,24
53:3,13,18,23 54:4
54:8,12,17 55:4,7
55:12,18 56:2,18
56:24 57:4,8,12,18
58:5,10,18,25
59:10,17,21,24
60:2,17,21 61:1,5
61:9,20 62:8,12,23
63:4,24 64:7,13
65:4,10,17,24 66:5
66:13,19 67:1,8,16
67:24 68:8,16,24
69:8,12,21 70:4,12
70:19 71:1,13,18
71:22 72:10,15,23
73:2,11,16,20 74:2
74:16,22 75:3,11
75:24 76:3,6,17,23
77:13,20 78:7,12
78:19 79:3,6,24
80:12,19 81:1,7,18
81:24 82:10,14,23
83:6,10,18,21 84:5
84:12,16,22 85:6
85:15,20 86:1,8,22
87:2,6,13 88:4,17
89:1,4,8,19,22
90:5,17,24 91:6,14

**involved** 43:5,11
45:9,13,21 46:3,11
57:14
**involvement** 10:19
11:17
**involving** 38:7
39:3 57:22 58:1,2
**island** 6:17
**issue** 85:9
**it'll** 22:17

**j**

**january** 24:2,8
**jason** 2:8 5:19
13:22 38:24
**jjohnson** 2:10
**johnson** 2:8 5:19
5:19 8:16 13:22
38:1,9,12,16,19,24
39:5 40:14,18
41:1,18,20 42:13
42:25 43:7,14
44:2,9,16,23 45:5
45:17,24 46:6,13
50:12,20 51:4,21
55:10,15,24 56:22
57:16 58:8,16,23
59:7,14 63:22
66:11,24 67:5,13
67:21 68:5,22
69:5,14,18 70:1,10
70:17,24 72:20
75:9 77:10,18
78:17 86:6 91:3
91:12 92:1,5,11
**josé** 32:24 33:2
**jprei1** 32:23
**jr** 2:13 95:1
**julio** 37:1,5,16,22
**jump** 60:4
**jumping** 11:16

**june** 89:14

**k**

**keep** 87:17
**knew** 67:3 69:24
**know** 7:19 22:10
23:8,24 24:7
25:25 26:11,13,19
26:25 28:9 29:10
30:16,25 31:9
32:19,24 33:7,13
33:16,19 34:12,19
35:21 36:18,23
41:8 42:3,23
43:11 45:2,13
48:5 50:6 53:22
55:3 56:17 60:5
62:4,10 64:5 65:3
72:6,12 74:11,18
80:6,14,22 81:3,20
82:19 83:9 84:15
85:3,9,13,17,23
86:3,20 87:1
88:25 89:3,17,21
90:3,16,20
**krome** 4:6 8:6,9
8:21 14:3 17:6,12
18:1,5,8,11,15,19
18:24 20:12 28:2
31:14 57:22 58:1
58:13,21 59:3,5,19
65:7,14,21 66:3,8
66:8,15 72:1,17
73:1,9,14 76:9,16
76:22

**l**

**l** 3:11 41:5,5
**language** 10:21
**large** 20:6
**laundered** 42:23

**laundering** 38:6 39:3 42:19 43:5 43:12,19,25 44:7
**law** 2:13
**lawsuit** 9:13,17
**lawyer** 85:14
**lawyers** 10:12 20:23 85:11,12,22
**leases** 90:1,3
**left** 9:14 24:1,4 26:8 47:14,22 53:15
**legal** 87:21 95:23
**legitimate** 37:24 51:1 55:22 59:6 75:7 77:9,17 78:16
**letter** 3:7 85:11,23
**liability** 4:13,16 16:20,21 17:5
**license** 93:9
**life** 7:15
**likewise** 7:13 24:1
**limited** 4:13,16 16:20,21 17:5
**line** 24:17 61:3 71:20 96:4,7,10,13 96:16,19
**listed** 12:9,13,23
**lists** 11:19 12:3
**litigation** 22:7
**little** 11:2 21:10 22:15
**llc** 17:6,12 18:2,5,8 65:21 76:10,22
**llp** 2:4
**lobbying** 16:7 18:20
**located** 5:9
**look** 10:24 11:22 21:18 37:24 48:23

50:25 55:21 59:4 63:2 77:8
**looked** 54:1 58:2 63:11 66:9 68:20 69:4
**looking** 12:7 15:15 27:19 28:6 29:1 30:9 33:3 34:2 35:2 49:9 54:16 64:9,17 79:18 86:10
**looks** 11:2 22:15 53:20
**lost** 28:19
**lot** 20:23
**luck** 81:20

**m**

**mail** 24:14,19,20 24:23 25:1,7,12 32:10,22 33:8,11 33:19 34:5,9 35:5 35:7 37:21 60:9 60:14,19,24 62:18 63:2,2 64:9,10 71:7,10,15,20,24 73:7,18,25 78:22 79:5,9,18,19,21 80:9,21 81:11,15 82:4,7,12,16,17 83:1,8,13,20,23,24 83:25 84:1,8,14,19 84:25 86:3 88:22 89:13
**mails** 23:6 32:13 32:16
**maintained** 65:6 65:13
**making** 75:6 91:9
**management** 61:25 64:5

**marathon** 7:19
**march** 1:11 5:4 11:7 17:6,8 25:2,8 47:20 48:6 63:12 72:13 77:4 78:23 81:14 82:5 83:2 93:8,11 94:19 95:3
**mark** 7:25 8:14,16 14:13 16:23 19:5 63:7
**marked** 7:21 8:9 8:11,13 14:10 16:22 19:3 20:5
**marketing** 52:14 53:6 54:1,10,14,20 55:9,22 57:3,6,10 57:21,25 58:1,12 58:14,20,21 59:2,3 59:19 66:8 68:19 76:10 77:17 78:16
**marking** 20:13
**matter** 5:6 21:11
**matters** 87:17
**me.com.** 33:10 79:20
**mean** 22:13 31:13 56:17
**means** 11:5 29:10 35:21 50:6 55:3
**media** 5:5
**meet** 13:10 87:20
**meeting** 27:9 80:6 80:22,22 81:4 85:10 88:11,22 89:6,7,14,16 90:1 90:9
**meetings** 88:15
**members** 12:14
**memory** 47:19

**mentioning** 87:22 88:1
**messages** 27:22 28:1 87:5
**met** 27:5
**miami** 6:19 93:4 94:4
**microphone** 49:17
**million** 32:5 69:11 80:15 81:3
**mind** 29:15
**minutes** 29:18,21
**miscellaneous** 64:24
**missing** 92:5
**moment** 38:12
**monday** 80:4
**money** 38:6 39:3 42:19,23 43:5,11 43:19,25 44:7 45:2 66:16,21 67:3,10,18 68:2 69:16,24 70:6,14 70:21
**morning** 5:3,16,21 6:11,12
**mous** 90:2,3
**move** 64:15
**moving** 88:21

**n**

**n** 2:1,9 3:1,11 5:1
**name** 5:11 6:13 26:22 53:10,16
**named** 14:20 17:5 39:12 82:20
**names** 86:4
**necessary** 29:6 56:13 81:4 97:6
**need** 7:19 35:10 37:8 38:22 71:25 72:1

**needed** 7:18
**net** 51:13 56:11
**never** 31:15,20,25
 50:9,17 55:6,8
 58:13 85:9
**new** 1:1 2:5,5
 46:17 64:15 87:22
 88:2
**normalizing** 90:12
**notary** 93:6,17
 94:6 97:13,19
**note** 95:10
**noted** 97:7
**notes** 7:5 94:11
**notice** 21:11
**november** 60:20
 62:19 63:3,17
 71:8 72:13
**nuhfer** 24:17 33:9
 34:6,12,16,23 35:1
 38:7 39:4 43:24
 46:3 52:9 57:11
 57:14 60:1,10,19
 60:25 61:11 62:4
 62:10,19 63:16
 64:4 71:8 78:23
 79:18 81:12,20
**nuhfer's** 34:9 64:9
**number** 4:3,5,6,7
 4:9,12,18 7:20 8:8
 8:10,12 10:17,19
 11:4,11,12,16,19
 11:22 12:1,3 14:8
 16:19 19:2 23:22
 49:13 51:8 78:1
 78:24
**numbered** 9:22
 10:25 25:13
**numbers** 21:13,15
 21:23 22:1,19,23
 23:2

**o**

**o** 3:11 5:1
**oath** 3:5 93:1
**obas** 1:17 5:13
 93:6,16 94:6,22
**object** 12:17,25
 15:20,22 37:11
 38:1,13,25 39:5
 41:1,20 42:13,25
 43:1,7,13,14,20
 44:2,9,16,23 45:4
 45:5,16,17,24 46:6
 46:13 48:15 50:12
 50:12,19,20 51:3,4
 51:21 54:6 55:10
 55:15,16,24,25
 56:22 57:16 58:3
 58:8,15,16,23 59:7
 59:8,14,15 61:18
 62:6,21 63:21,22
 64:11 65:8,15,22
 66:10,11,17,23,24
 67:5,6,13,14,21,22
 68:5,6,21,22 69:5
 69:6,14,18,19 70:1
 70:2,9,10,17,24
 71:11,16 72:8,20
 72:21 73:4 74:8
 74:14,20 75:1,8,9
 77:10,11,18 78:5
 78:17 79:1,22
 80:10,17,24 81:5
 81:16,22 82:8,21
 83:4,16 84:3,10,20
 85:4,18,24 86:5,6
 87:11 89:10 90:22
 91:3,4,11,12
**objecting** 38:19
**objection** 38:9
 41:18

**obstacle** 85:10
**occupation** 6:20
**occurred** 39:22
 40:10,23 41:17
 42:12,20
**october** 20:12
**offer** 85:11,17
 87:20 88:7
**offered** 55:1
**officials** 44:15,22
 45:3,10,14,22 46:4
 46:11 66:22 67:4
 69:17,25
**oh** 10:16 28:14
 38:15 49:18 75:17
**oil** 29:13 30:6
**okay** 8:24 9:8,11
 10:24 11:3,22
 14:1 20:4,9 21:10
 21:25 25:6 29:2
 30:4 38:18 60:9
 64:2 75:20 91:23
**oliver** 41:25 42:7
**once** 76:20 78:14
**ongoing** 86:12,20
**opportunities**
 87:22 88:2
**opposed** 14:5
**orchestrating** 45:9
 45:14,22 46:4,11
**order** 80:5
**ordinary** 65:6,14
**organize** 88:10
**organized** 23:11
**original** 90:11
**originally** 20:23
**orsini** 82:18,20
**outside** 29:16
 86:15
**owned** 15:4 18:5

**p**

**p** 2:1,1 3:11 5:1
 41:5
**p.a** 1:13
**p.a.** 2:8,13 5:9
**p.m.** 1:12 91:21
 92:14,17
**packet** 46:19
 52:13 63:7 64:16
**page** 3:2 4:2 7:3
 9:21 10:15,17,24
 10:25 11:1,11,25
 19:23 20:9 21:4
 22:1,13,17 23:5,15
 24:3,11 25:12,19
 26:3,5 28:13,16
 29:1 30:9 35:6
 42:18 46:18 49:12
 52:12,13 53:6
 54:19 57:20 60:5
 61:7,12,22 63:6,8
 63:15,17,19 64:2
 64:20 65:13,20
 66:2 68:10,13
 71:3,4 74:4 75:13
 75:15 76:1,1,8,19
 76:19,25 77:3,22
 77:24 78:21 79:9
 79:12 81:9 82:2
 82:25 83:12 88:20
 96:4,7,10,13,16,19
**pages** 9:21 21:12
 32:11 64:16 77:25
 94:10
**paid** 32:5 73:14,18
 76:15,21
**paper** 6:24
**paragraph** 29:4
 48:24 49:9,21
 56:4 84:25 86:10
 86:11 87:16 88:6

**[paragraph - provide]**

88:20 89:24 90:7
**park** 2:9,10
**part** 28:7 66:7 68:18 81:10
**parte** 86:14 87:8,9 88:12
**participated** 31:15 31:20,25 43:18,25 44:7
**parties** 3:14 94:14 94:15
**paul** 2:19 5:11
**pay** 56:9
**payment** 66:7 68:18 76:14,20 80:4 81:3 90:10 90:16,16
**payments** 11:23 11:24 12:1 44:13 44:20 50:25 55:21 59:4 66:7 69:2 77:7,8 78:9 90:1,3
**pdf** 20:13
**pdv** 1:4 5:7,17 9:14 11:6 20:13 22:6 26:9,11 30:21 31:21 32:5 49:7 54:16 61:16 62:1 67:19 70:15 95:4 96:1 97:1
**percent** 51:13 56:10
**pereira** 32:24 33:2
**perera** 1:10 3:3 4:6 5:6 6:5,11,15 8:10,23 38:12 47:8 53:16 91:23 93:7 94:8 95:5 96:2,24 97:2,4,12
**performance** 72:4 73:23 74:6,11

**performed** 50:10 50:17 55:8
**performing** 37:24
**period** 14:4 15:7
**persists** 90:8
**person** 7:6 39:12
**personally** 31:14 93:7
**pete** 35:25 36:4,9
**petroleos** 29:14 30:6,12 31:16 67:11 70:7
**petroleum** 31:5 32:1 68:3 70:22 79:15 80:15
**pg** 4:4,8,11 7:21 8:6,12,25 11:13 14:2,9,12,14,20,22 14:25 15:4,8,11 16:2,6,10,16 18:24 19:20 20:10 22:5 28:2 31:14 47:2,8 49:4 50:1,9,18,25 51:18 53:1,16 54:24 55:6,8,21 56:9,20 58:2,12,20 59:2 61:14 68:13 68:18 69:2,10 72:1,18 73:1,9,14 78:2,10 82:13 83:9
**pga** 21:14,22 22:13,16 23:4,15 23:18 24:11,12 25:13 26:4 28:2,6 28:14,22,24 30:10 32:12 39:10 42:18 46:19 52:13,14 53:7 54:21 57:20 60:5,13 62:15,16 63:11 64:17,17,21

64:23 68:10 71:4 75:13 77:23,25 78:21 81:9 82:3
**pgandassociat** 4:19
**pgandassociates....** 19:3 24:19 60:10 78:23 79:19 81:13 83:14
**pgandassociates....** 19:10 24:18 71:9
**picture** 19:23,24
**piece** 6:24
**pio** 32:14,19 83:1
**place** 1:13
**plaintiff** 1:5 2:6 5:17
**plaintiff's** 4:3,5,6 4:7,9,12,18 7:20 8:8,10,12 14:8 16:19 19:2
**plaza** 1:14 2:14 5:9
**please** 5:14,23 6:13,25 15:19 20:18 21:3 22:13 23:4,15 24:11 26:3 28:13 38:13 48:23 52:12 53:5 54:19 57:20 60:4 71:3,3 75:13 76:19 77:22 78:21 81:9 82:2,25 83:12 91:15
**point** 35:12 68:15
**political** 16:7 18:20
**politician** 37:5 41:5,25
**portion** 53:21

**position** 87:16
**possession** 47:2 53:1 82:13 83:9
**possible** 80:5
**prefer** 21:20
**preparation** 13:10
**prepare** 10:1
**present** 2:18 14:5
**pressure** 89:13,25
**pretty** 7:9
**previously** 20:5 23:11
**printed** 24:8
**printout** 4:18 19:2 19:9
**prior** 7:24
**privilege** 6:22 7:2 7:8 9:19 10:4 12:11,19 13:2,9,13 13:17,21,25 14:24 15:3,6,10,14 16:1 16:5,9,12
**probably** 28:20
**problem** 87:23
**process** 86:12,15 86:21
**produced** 4:4 7:21 20:10,12,23 22:5 93:9
**production** 20:11
**profit** 4:9 14:9,19
**project** 71:20 72:3 72:7
**promote** 54:25
**pronouncing** 36:22
**prove** 63:18
**provide** 29:5 50:2 67:11,19 68:3 70:7,15,22 84:7

**provided** 58:13
**providing** 16:3,7 18:16 31:16,21 32:1
**public** 93:6,17 94:6 97:19
**purpose** 28:10 36:9 48:19 54:10
**pursuant** 44:21 58:14 69:2
**put** 89:13

**q**

**question** 7:12 14:22 15:17 17:19 22:4 25:6 28:9 30:5,10 35:15 38:20 39:11 41:2 42:19 62:25 63:18 65:12 72:6 73:5 82:19
**questions** 7:10 12:15 14:2,4 39:9 80:7 91:24,25 92:1,2
**quick** 64:18
**quote** 74:25 86:12 86:12 88:1

**r**

**r** 2:1 5:1 24:17 96:3,3
**raise** 5:23
**raised** 85:9
**ramos** 41:5,12
**randy** 39:12,17
**raul** 33:16,20 34:1 43:18 45:21 52:5 57:7 59:23 60:10 60:11 61:3,8 62:11 80:3 83:25 84:2,25

**reacted** 87:16
**read** 3:7 28:20 48:25 51:11 87:24 88:23 95:9 97:5
**reading** 3:15 35:13 86:18
**reads** 12:1 35:5 76:8 86:11 87:16 88:6,20 89:12,24 90:8
**ready** 35:7,17,18
**really** 29:3 72:4 73:22 74:5
**reason** 60:23 86:11 95:11 96:6 96:9,12,15,18,21
**recall** 27:9
**receipt** 95:18
**receive** 25:1,7 51:12,18 56:10,20 60:19 71:15
**received** 11:23 12:1 51:13 56:11 60:24 66:3,15 68:14
**receiving** 69:11
**recess** 29:24 91:18
**recipient** 34:6
**recognize** 15:15 15:17 19:11 24:14 27:2 46:24 52:18 52:23 60:14 71:10 75:23 76:2 79:5 83:20
**record** 5:4 6:14 7:25 17:4,7 19:9 28:7 29:22 30:2,4 38:16,23 49:1 51:11 60:9 64:19 64:24 65:20 71:7 78:22 81:11 82:4

91:15,16,21 92:10 92:13 94:11
**recorded** 5:5
**reference** 36:8,16 36:21 80:21 85:16 87:8 89:6
**referenced** 95:6
**references** 37:21 61:15,25
**referral** 56:10,12
**referring** 22:1 74:12,19 80:23 81:21 85:17 90:20
**refers** 35:22 85:13 86:21 89:17,21 90:4,15,16,19
**reflect** 16:15 17:11 66:2 68:13
**regarding** 90:1
**regardless** 67:10 67:18
**regards** 80:8
**related** 54:14
**relations** 90:12
**relationship** 18:23 34:22
**relative** 94:13,15
**remember** 88:6
**remove** 20:18
**rendered** 30:12,17 30:21 31:1,5,10
**repeat** 25:6
**report** 4:10,14,17 14:9,19 16:16,20 16:21 17:5,12 94:8
**reported** 1:17
**reporter** 3:6 5:12 5:15,23 6:8 7:24 9:7 94:1

**represented** 10:5 10:12
**request** 88:22 89:7 89:14 90:9
**requested** 73:8 94:9
**required** 97:13
**reserved** 3:16
**reside** 6:16
**resolve** 89:15
**respect** 15:8 35:15
**respective** 3:14
**respond** 38:17 64:10
**result** 86:15
**retainer** 35:8,22
**return** 90:10,11 95:13,17
**returning** 90:15
**review** 62:5,11 94:9 95:7
**rgorrn** 33:10 81:12
**right** 5:23 6:25 7:5 8:22 15:16 16:15 20:6 21:13,22 22:4,20 23:21 26:16 30:4,17 31:1,10,17,22 32:2 33:5 38:8 39:4,22 40:10,23 41:17 42:12 47:7 50:10 50:18 51:2,19 54:3,5 55:6,9,14 55:23 56:21 57:15 58:7,14,22 59:13 66:9 67:4,12,20 68:4,20 69:4,25 70:8,16,23 72:19 73:15,19 75:7 77:1 91:2 92:7,8

**rivera** 2:19 11:20 12:4,16 13:18 23:6 25:1,7 26:22 26:25 27:6,9,12,15 27:18,23 32:15 33:2,7,19 34:23 35:5,16,21 36:4,8 36:16 37:8,16,23 38:7 39:2,3,17 40:5,18 41:12 42:7 44:6 45:16 46:10 47:24 48:2 48:5 51:25 53:10 53:12 57:2 59:20 60:11 63:12 67:3 69:24 71:8,15,24 72:12,17,25 73:22 74:11,24 75:5 76:5 77:16 78:4 78:15 79:20 80:2 80:14,21,22 81:12 82:5,16,18 83:1,13 84:1,7,18 85:16,22 86:3 87:8 89:6 90:15,19 91:9

**rivera's** 73:7 85:17

**role** 34:1 35:1

**rpr** 1:17 93:6,16 94:6,22

**rules** 7:9

**s**

**s** 2:1 3:11,11 4:1 5:1 96:3

**sam** 40:14,18

**sanctions** 86:15

**says** 6:25 9:22 10:19 11:4,11,12 11:17,23 17:15 21:22 23:6 24:17 26:22 29:4 33:8

35:7 46:21 47:8 47:15,22 49:2,6,13 49:24 51:8,12 53:10 54:24 56:5 56:9 57:21 61:3,7 71:20,24 76:10 77:1,3 81:20 82:16,18 84:25 85:8,22

**schedules** 35:11 37:9

**scheme** 38:6 39:3

**second** 8:18 11:1 19:23 20:24 21:4 29:4,16 33:10,10 53:6 56:4 61:22 64:3 86:10,10 90:7

**see** 9:24 10:19,22 11:4,9,12,14,16,20 11:22 12:5 17:15 17:20 20:7,16 21:4,8,22 23:2,5,6 23:18,22 24:2,4,12 25:13,15,19 26:5,8 26:16,22,23 29:3,8 32:13,16 33:8,10 34:7 46:19,21 47:6,7,9,15,16,17 47:22,24 49:9,14 49:21 51:9,16 52:16 53:8,10 54:22 56:7,15 57:21,23 61:3,7,12 61:17 62:2,16,19 63:3,13 64:23,25 68:10 71:21 73:7 73:10 74:1,4 75:20,21 76:8,12 76:25 77:3 78:2 78:25 79:11,11,16

79:21 80:2,9 81:15 82:7,12 83:3,8,15 86:18 87:24 88:13,23 90:13

**seen** 9:11 25:22

**send** 72:25 76:5 78:4 84:2 88:7

**sending** 62:4,10 63:17 80:14 84:1

**sends** 35:5

**sense** 22:2

**sent** 33:19 63:16 73:18 84:14 95:14

**sentence** 35:16 85:8 86:11,18 88:13,23 89:12,24 90:13

**separates** 20:19

**separation** 20:20

**september** 93:18

**sequentially** 11:1

**serve** 50:3

**service** 56:11

**services** 16:3,7 18:16,20 29:6 30:11,17,21 31:1,5 31:10,16,21 32:1 34:2 37:25 40:6 46:21 48:20,24 50:10 51:1 54:25 55:22 56:13 58:13 59:6,12 61:14,23 67:11,19 68:3 70:7,15,22 75:7 77:9,17 78:16 91:10

**sessions** 35:9,25 36:4,9 37:21

**set** 20:21,22,24,25 21:4

**settlement** 85:10 85:16 87:20 88:7

**seventh** 2:4

**sham** 50:18,24 55:14,20 59:4

**sheet** 3:7 20:20,25 95:11

**show** 12:24

**side** 26:8,16 47:7 47:14,22 53:15

**sided** 23:17

**sign** 3:7 48:2 53:12 95:12

**signature** 17:15,21 26:5,9,17,23 47:7 47:9,11,16 48:1 53:8,9,16,17,17,21 93:15 94:21

**signed** 48:5,10,11 54:2,3 63:12,19 93:11 95:20

**signing** 3:15 47:19

**simon** 2:13 5:21 10:9 95:1

**simple** 7:9

**simultaneous** 89:12

**single** 20:13

**sir** 6:24 8:4 9:3,24 10:15 13:5 14:1 14:18 15:16 16:15 17:9,15 19:7,11 20:7,15 21:8,18 22:16 23:2 25:13 25:19 26:6 28:9 29:3 33:11 35:15 37:20 42:19 48:9 48:14 49:10 51:9 54:1,22 60:7,14 61:17 62:2,19 64:23 66:21 68:11

71:5,10 72:6 73:7 75:15 76:12 77:6 78:25 81:15 82:7 83:3,15 85:13 87:24 91:2

**sitting** 13:18,22 27:2

**situation** 88:7 89:15,17

**six** 9:21 73:8

**sixth** 88:19

**small** 22:24 23:21 24:2

**smith** 2:19 5:11

**solemnly** 5:25

**solutions** 95:23

**sombrero** 86:13 86:13 87:1,5,18,18 89:13,25

**sorry** 8:20 10:16 11:25 25:5 28:19 38:15,18 49:18 69:22 75:17 92:11

**sort** 23:12

**sought** 87:20

**southern** 1:1

**spanish** 20:24 21:1 21:7,19

**speak** 13:18,22

**spelled** 61:24

**spoke** 87:18

**spoken** 12:8 13:14 27:18

**stamp** 22:14 60:13

**stand** 14:22

**stands** 85:23

**stapled** 20:21,22

**start** 14:12 15:8 65:2

**starting** 38:13

**state** 6:13 29:13 30:6 93:3,6,17 94:3,6

**statehouse** 79:20 81:12

**statement** 64:19

**statements** 64:25

**states** 1:1 12:8,13 12:14,23 40:14

**stenographic** 94:11

**stenographically** 1:17 94:8

**step** 29:15

**stipulated** 3:13

**stories** 37:23 38:5 39:1 75:6

**story** 91:9

**strategic** 29:5 30:11,20 31:4 50:3 54:25 56:12 70:15

**strike** 33:7 47:14 65:19 83:23 86:24

**subcontract** 50:17

**subcontracting** 11:13 48:9 52:1,4 52:8 53:25 63:11 69:3

**subcontractor** 49:5,13,22,24,25 50:9 51:12 72:1,5 73:24 74:6

**subcontractor's** 50:2

**subcontractors** 74:25

**subject** 11:7 60:11 61:3,8 71:20 78:24 81:13 83:15 83:24 91:23

**subpoena** 4:7 8:11 8:23

**subscribed** 97:14

**substantively** 64:21

**suggest** 88:21 90:9

**suite** 1:14 2:9,14 5:9

**sullivan** 2:3 3:4 5:16,16 6:10 7:23 8:14,17,21,23,25 9:2,9 12:21 13:4 14:11,15,17 15:23 16:23,25 17:2,3 19:5,6 23:1 29:17 29:21 30:3 37:14 38:4,21 39:8 41:3 41:23 42:16 43:4 43:10,17,23 44:5 44:12,19 45:1,8,20 46:2,9,16 48:18 49:20 50:16,23 51:7,24 54:9 55:13,19 56:3 57:1,19 58:6,11,19 59:1,11,18 61:21 62:9,24 64:1,14,22 65:11,18 66:1,14 66:20 67:2,9,17 68:1,9 69:1,9,15 69:23 70:5,13,20 71:2,14,19 72:11 72:24 73:6 74:10 74:17,23 75:4,12 77:14,21 78:8,20 79:4 80:1,13,20 81:2,8,19 82:1,11 82:24 83:7,19 84:6,13,23 85:7,21 86:2,9 87:14 89:11 91:1,7,15,22

92:8,15

**summarize** 19:19

**swear** 5:15,25 6:3

**switch** 14:1

**switching** 15:7

**sworn** 6:7 93:8 97:14

**symbolize** 20:20

**t**

**t** 3:11,11 4:1 61:25 89:16,21 96:3,3

**take** 7:18 29:18,21 60:4

**taken** 5:6 20:1 29:24 91:18

**talking** 7:14 84:18

**tax** 65:20

**team** 72:4 73:23 74:5,18

**tell** 6:25 15:19

**terminate** 90:10

**terms** 48:25 88:21

**testified** 6:7

**testify** 10:2

**testifying** 8:5

**testimony** 3:3 5:25 95:9,18 97:8

**text** 27:22 28:1 86:13 87:4,5,22,24 88:1

**textbook** 88:11

**thank** 6:8 14:16 17:1 38:20 47:18 72:2 80:7 92:4

**thing** 58:7

**things** 11:19 12:3

**think** 35:6,7,16 38:22 63:1 92:5

**third** 22:17 56:4 87:15

**three**  73:8 77:25
**time**  1:12 13:5,7
   14:4 15:7,8 25:18
   27:5 38:24 78:1
   88:10 95:19
**timeframe**  95:8
**title**  14:25 18:1
**titled**  25:15,20
   52:14 54:20 75:20
**today**  7:9 8:4 10:1
   10:5 13:19,23
   21:25 27:3
**today's**  7:6 10:11
   13:11,15,19,23
**told**  87:23
**top**  24:1,4 48:23
   48:24 76:25
**topic**  10:19
**topics**  9:23 10:2,14
   10:18 11:12 12:7
   12:9,13,23 14:1
   90:1
**total**  76:11
**transcript**  3:16
   94:9,10 95:6,20
   97:5,8
**translated**  21:1
   36:17
**translation**  21:5
   35:14
**true**  37:20 38:5
   39:1 43:18,24
   44:6,20 45:21
   46:3,10 48:9 54:1
   66:21 69:16 77:6
   94:10 97:8
**truly**  72:5 73:24
   74:6
**truth**  6:1,1,2
**try**  7:13 25:18

**trying**  88:10
**tuesday**  1:11 5:4
**turn**  10:24 21:3
   22:13 23:4,15
   24:11 26:3 28:13
   32:10 52:12 53:5
   54:19 57:20 60:4
   63:6 71:3,4 75:13
   76:19 77:22 78:21
   81:9 82:2,25
   83:12
**turning**  9:20 10:14
   11:11 68:10 77:3
**twenty**  22:17
**two**  11:19,20 12:4
   20:17,19 32:13,16
   47:7 61:11 62:15
   63:1 64:16 73:8
   77:24
**type**  15:11 18:11

### u

**u**  3:11 41:5
**u.s.**  35:24
**uh**  21:21 47:25
**ultimately**  89:16
**understand**  7:16
   8:4 14:6 22:5
   83:25 84:25
**understanding**
   10:20 44:13 86:24
   87:4
**unit**  5:5
**united**  1:1 12:8,12
   12:14,22 40:13
**unsigned**  61:11,13
**unwilling**  90:8
**upper**  9:13 23:21
**upside**  28:21
**usa**  1:4 5:7,17 9:14
   11:6 20:13 22:6
   26:9,11 30:21

   31:21 32:5 49:7
   54:16 61:16 62:1
   67:20 70:16 95:4
   96:1 97:1
**use**  28:1

### v

**v**  5:7 9:14 85:11
   85:23 86:14 87:10
   87:19 88:7,16
   95:4 96:1 97:1
**v's**  85:11,22 89:15
   89:17
**vanessa**  1:17 5:13
   93:6,16 94:6,22
**vanessa's**  7:15
**various**  32:15
**venezuela**  30:6,12
   31:16 67:12 70:8
**venezuelan**  29:13
   30:6 37:4 41:4,24
**verify**  95:9
**veritext**  5:11,13
   95:14,23
**veritext.com.**
   95:15
**version**  21:19,19
**video**  5:5
**videographer**  2:19
   5:3,12 29:22 30:2
   49:16 91:16,21
   92:9,13
**videotaped**  92:16
**vs**  1:6

### w

**w**  72:1
**waiting**  35:8
**want**  8:2 14:1,4
   20:4,15 29:17
   63:7,10 92:9,15

**wanted**  87:17
**water**  29:19
**way**  8:3 22:21
   28:15 31:15,20,25
   54:14
**website**  4:20 19:3
   19:10,11
**weekend**  35:10
**went**  30:4
**whichever**  21:19
**willkie**  2:4 5:17
**willkie.com**  2:5
**winter**  2:10
**witness**  5:15 6:3,6
   8:1 9:8 12:18 13:1
   15:21 16:24 22:19
   22:22 37:12 38:2
   38:10,15,18 39:6
   41:19,21 42:14
   43:2,8,15,21 44:3
   44:10,17,24 45:6
   45:18,25 46:7,14
   48:1,16 49:18
   50:14,21 51:5,22
   53:12 54:7 55:11
   55:17 56:1,23
   57:17 58:4,9,17,24
   59:9,16 61:19
   62:7,22 63:23
   64:12 65:9,16,23
   66:12,18,25 67:7
   67:15,23 68:7,23
   69:7,20 70:3,11,18
   70:25 71:12,17
   72:9,22 74:9,15,21
   75:2,10 77:12,19
   78:6,18 79:2,23
   80:11,18,25 81:6
   81:17,23 82:9,22
   83:5,17 84:4,11,21
   85:5,19,25 86:7

**[witness - york]**                                                                    Page 17

| |
|---|
| 87:12 90:23 91:5 91:13 92:2 95:8 95:10,12,19 |
| **woods**   39:25 40:5 |
| **words**   17:20 29:8 56:15 61:7 74:4 |
| **work**   72:3 90:12 |
| **writes**   35:16 73:22 80:2 |
| **written**   7:3 20:24 77:7 90:9 |
| **wrote**   23:8,24 25:25 |
| **x** |
| **x**   3:1 4:1 |
| **y** |
| **y**   61:25 |
| **yaght**   61:24 64:5 |
| **yeah**   21:17 22:24 23:17 29:19,20 47:17 |
| **yellow**   53:21 |
| **yep**   17:2 |
| **york**   1:1 2:5,5 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

```
              VERITEXT LEGAL SOLUTIONS
     COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.