# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-383-CR-GRAHAM

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

HUGO PERERA

     Defendant.

_____/

Jail No : __25271-034__

Language:__ENGLISH__

  The above-named Defendant appeared before **Magistrate Judge** GARBER , where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retainedcounsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**   Address:__IN CUSTODY__

       Tel. No:_____

FILED by ___ D.C.

JUN 10

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**Defense Counsel:** Name : __HOWARD SREBNICK__

       Address:__201 S. BISCAYNE BLVD STE 1300__

          __MIAMI, FLORIDA 33131__

       Tel. No:__371-6421__

  **Bond Set/Continued:**  $ STIPULATED PTD

Dated this __10TH__ day of __JUNE__, 1997.

     CARLOS JUENKE, CLERK

     BY_____ __EMILY GUERRERO__
       Deputy Clerk

c:Clerk for Judge
 U.S. Attorney
 Defense Counsel
 Pretrial Services
formarra.ign

TAPE NO. __97C-69-1521__
DIGITAL START NO._____