2017-03-21 20:40:20 -04:00 <David Rivera <"+1 786-258-2222">>: I still want to Represent MUD. But that may have to wait until this contract expires.

2017-03-21 20:40:36 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: For sure you do & will!

2017-03-21 20:40:48 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: And more

2017-03-21 20:41:00 -04:00 <David Rivera <"+1 786-258-2222">>: God willing

2017-03-21 20:41:08 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: We have time for MUD

2017-03-21 20:41:25 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: We need to work on Marco

2017-03-21 20:41:33 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: Ileana will be easy

2017-03-21 20:42:03 -04:00 <David Rivera <"+1 786-258-2222">>: I have a plan for all the little brown ones

2017-03-21 20:44:24 -04:00 <David Rivera <"+1 786-258-2222">>: Lilian will handle the little brown indians, Marco, Ileana, all of them

2017-03-21 20:44:40 -04:00 <Esther Nuhfer <"+1 786-402-4822">>: Who is this Pio guy?



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-CR-20552-MD

EXHIBIT NO.  26