**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**

vs.

**DAVID RIVERA,**

Defendant.
_______________________________________/

**VERDICT FORM**

1. As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

2. As to **Count 2** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

3. As to **Count 3** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

4. As to **Count 4** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

5. As to **Count 5** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

6. As to **Count 7** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

7. As to **Count 8** of the Indictment, we, the Jury, unanimously find the Defendant, **DAVID RIVERA**:

GUILTY ✓ NOT GUILTY ____

**SO SAY WE ALL**

______________________

**FOREPERSON OF THE JURY**

**Dated:** 5/1/2026