**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**

vs.

**ESTHER NUHFER,**

Defendant.
_______________________________________/

## VERDICT FORM

1. As to **Count 1** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY __✓__ NOT GUILTY _____

2. As to **Count 2** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY __✓__ NOT GUILTY _____

3. As to **Count 3** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY __✓__ NOT GUILTY _____

4. As to **Count 6** of the Indictment, we, the Jury, unanimously find the Defendant, **ESTHER NUHFER**:

GUILTY ✓ NOT GUILTY ____

**SAY WE ALL**

______________________________
**FOREPERSON OF THE JURY**

**Dated:** 5/1/2026