UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20552-DAMIAN

UNITED STATES OF AMERICA

v.

DAVID RIVERA and
ESTHER NUHFER,

     Defendants.

_____/

## SPECIAL VERDICT

*Place an "X" or check mark in the space provided next to the words "YES" or "NO" for each statement/question below.*

**WE, THE JURY**, return this Special Verdict and unanimously find, by a preponderance of the evidence, as follows:

1.    **Real property located at 21 Sadowski Causeway, Key Colony Beach, Florida 33051:**

    (a)    Was involved in the offense charged in Count 6 of the Indictment, or is traceable to such property:

        YES    ✓

        NO    _____

2.    **Real property located at 10925 N.W. 43rd Lane, Doral, Florida 33178:**

   (a)    Was involved in the offense charged in Count 4 of the Indictment, or is

   traceable to such property:

   YES    ✓

   NO    _____

**SO SAY WE ALL**

_____
Foreperson (please print name)

_Michael Pane_____
Foreperson (please sign name)

5/1/2026
Date
Miami, Florida