GOVERNMENT
EXHIBIT

CASE
NO.  22-CR-20552-MD

EXHIBIT
NO.  667

**35870**    **Federal Register** / Vol. 82, No. 146 / Tuesday, August 1, 2017 / Notices

**DATES:** Written comments should be received on or before October 2, 2017 to be assured of consideration.

**ADDRESSES:** Comments may be submitted by any of the following methods:

• *Federal E-rulemaking Portal: http://www.regulations.gov.* Follow the instructions for submitting comments. Refer to Docket Number FINCEN–2017–0009 and OMB control number 1506–0018.

• *Mail:* Policy Division, Financial Crimes Enforcement Network, P.O. Box 39, Vienna, VA 22183. Refer to Docket Number FINCEN–2017–0009 and OMB control number 1506–0018.

Please submit comments by one method only. All comments submitted in response to this notice will become a matter of public record. Therefore, you should submit only information that you wish to make publicly available.

**FOR FURTHER INFORMATION CONTACT:** The FinCEN Resource Center at 800–767–2825 or electronically at *frc@fincen.gov.*

**SUPPLEMENTARY INFORMATION:**

*Title:* Report of Cash Payments Over $10,000 Received in a Trade or Business.

*Office of Management and Budget ("OMB") Number:* 1506–0018.

*Form Number:* 8300.

*Abstract:* The statute generally referred to as the "Bank Secrecy Act," Titles I and II of Public Law 91–508, as amended, codified at 12 U.S.C. 1829b, 12 U.S.C. 1951–1959, and 31 U.S.C. 5311–5332, authorizes the Secretary of the Treasury ("Secretary"), among other things, to require financial institutions to keep records and file reports that are determined to have a high degree of usefulness in criminal, tax, and regulatory matters, or in the conduct of intelligence or counter-intelligence activities to protect against international terrorism, and to implement counter-money laundering programs and compliance procedures.[1] Regulations implementing Title II of the Bank Secrecy Act appear at 31 CFR Chapter X.

The authority of the Secretary to administer the Bank Secrecy Act has been delegated to the Director of FinCEN.

Section 365 of the USA PATRIOT Act of 2001 (Pub. L. 107–56), adding section 5331 to Title 31 of the United States Code, authorized FinCEN to collect the

information reported on Form 8300. The information collected on Form 8300 is required to be provided pursuant to 31 U.S.C. 5331, as implemented by FinCEN regulations found at 31 CFR 1010.330 and 1010.331.

The regulations require any person in a trade or business who, in the course of the trade or business, receives more than $10,000 in cash or foreign currency in one or more related transactions to report it to FinCEN and provide a statement to the person. The information collected under this requirement is made available to appropriate agencies and organizations as disclosed in FinCEN's Privacy Act System of Records Notice relating to BSA Reports.[2]

*Current Action:* A renewal without change to the current Form 8300. The report is accessible on the FinCEN Web site at: *http://www.fincen.gov/forms/files/fin8300_cashover10k.pdf*

*Type of Review:* Renewal without change of a currently approved collection.

*Affected Public:* Businesses or other for-profit organizations, farms, and the Federal government.

*Frequency:* As required.

*Estimated Number of Respondents:* 46,800.

*Estimated Time per Respondent:* 45 minutes.

*Estimated Total Annual Burden Hours:* 35,100.[3]

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid OMB control number. In accordance with 31 CFR 1010.330(e)(3), a person required to make a report under this section must keep a copy of each report filed for five years from the date of filing.

*Request for Comments:* Comments submitted in response to this notice will be summarized and/or included in the request for OMB approval. All comments will become a matter of public record. Comments are invited on: (a) Whether the collection of information is necessary for the proper performance of the functions of the agency, including whether the information shall have practical utility; (b) the accuracy of the agency's estimate

of the burden of the collection of information; (c) ways to enhance the quality, utility, and clarity of the information to be collected; (d) ways to minimize the burden of the collection of information on respondents, including through the use of automated collection techniques or other forms of information technology; and (e) estimates of capital or start-up costs and costs of operation, maintenance, and purchase of services to provide information.

**Jamal El Hindi,**
*Deputy Director, Financial Crimes Enforcement Network.*
[FR Doc. 2017–16175 Filed 7–31–17; 8:45 am]

**BILLING CODE 4810–02–P**

---

# DEPARTMENT OF THE TREASURY

## Office of Foreign Assets Control

## Sanctions Actions Pursuant to Executive Order of March 8, 2015, "Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Venezuela"

**AGENCY:** Office of Foreign Assets Control, Department of the Treasury.

**ACTION:** Notice.

---

**SUMMARY:** The U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) is publishing the names of persons whose property and interests in property are blocked pursuant to the Executive Order of March 8, 2015, "Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Venezuela."

**DATES:** OFAC's actions described in this notice were effective on July 26, 2017.

**FOR FURTHER INFORMATION CONTACT:** Associate Director for Global Targeting, tel.: 202–622–2420; Assistant Director for Licensing, tel.: 202–622–2480, Assistant Director for Regulatory Affairs, tel.: 202–622–4855, Assistant Director for Sanctions Compliance & Evaluation, tel.: 202–622–2490; or the Department of the Treasury's Office of the General Counsel: Office of the Chief Counsel (Foreign Assets Control), tel.: 202–622–2410 (not toll free numbers).

**SUPPLEMENTARY INFORMATION:**

### Electronic Availability

The list of Specially Designated Nationals and Blocked Persons (SDN List) and additional information concerning OFAC sanctions programs are available on OFAC's Web site at *http://www.treasury.gov/ofac.*

### Notice of OFAC Actions

On July 26, 2017, OFAC's Director determined that the property and

---

[1] Language expanding the scope of the Bank Secrecy Act to intelligence or counter-intelligence activities to protect against international terrorism was added by Section 358 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001, Public Law 107–56.

[2] Treasury Department bureaus, such as FinCEN, renew their System of Records Notices every three years, unless there is cause to amend them more frequently. FinCEN's System of Records Notice for the BSA Report System was most recently published at 79 FR 20969, April 14, 2014.

[3] The burden for the information collection in 31 CFR 1010.330, and 1010.331, (also approved under control number 1506–0018), is reflected in the burden of the form and includes reporting and recordkeeping.

**Federal Register** / Vol. 82, No. 146 / Tuesday, August 1, 2017 / Notices **35871**

interests in property of the following persons are blocked pursuant to Executive Order 13692 of March 8, 2015, ''Blocking Property and Suspending Entry of Certain Persons Contributing to the Situation in Venezuela'' (E.O. 13692). The OFAC Director designated each of these persons under section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

1. ALBISINNI SERRANO, Rocco, Miranda; Guarico, Venezuela; DOB 06 Mar 1982; Gender Male; Cedula No. 15481927 (Venezuela); President of Venezuela's National Center for Foreign Commerce (CENCOEX); Former Vice Minister of the State and Socialist Economy of Venezuela's Ministry of Economy and Finance; Current or Former Principal Director of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

2. FLEMING CABRERA, Alejandro Antonio, Caracas, Capital District, Venezuela; DOB 03 Oct 1973; Gender Male; Cedula No. 11953485 (Venezuela); Vice Minister for Europe of Venezuela's Ministry of Foreign Affairs; Former Vice Minister for North America of Venezuela's Ministry of Foreign Affairs; Former President of Venezuela's National Center for Foreign Commerce (CENCOEX); Former President for Suministros Venezolanos Industriales, C.A. (SUVINCA) of Venezuela's Ministry of Commerce; Former Ambassador of Venezuela to Luxembourg and Chief Ambassador of the Venezuelan Mission to the European Union (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

3. GARCIA DUQUE, Franklin Horacio (Latin: GARCÍA DUQUE, Franklin Horacio), Miranda, Venezuela; DOB 19 Aug 1963; citizen Venezuela; Gender Male; Cedula No. 9125430 (Venezuela); Former National Director of Venezuela's Bolivarian National Police; Former Commander of the West Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

4. JAUA MILANO, Elias Jose (Latin: JAUA MILANO, Elías José), Miranda, Venezuela; DOB 16 Dec 1969; POB Caucagua, Miranda, Venezuela; citizen Venezuela; Gender Male; Cedula No. 10096662 (Venezuela); Head of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Minister of Education; Venezuela's Sectoral Vice President of Social Development and the Revolution of Missions; Former Executive Vice President of Venezuela (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

5. LUCENA RAMIREZ, Tibisay (Latin: LUCENA RAMÍREZ, Tibisay), El Recreo, Libertador, Capital District, Venezuela; DOB 26 Apr 1959; POB Barquisimeto, Lara, Venezuela; citizen Venezuela; Gender Female; Cedula No. 5224732 (Venezuela); Passport 3802006 (Venezuela); President of Venezuela's National Electoral Council; President of Venezuela's National Board of Elections (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

6. MALPICA FLORES, Carlos Erik, Naguanagua, Carabobo, Venezuela; DOB 17 Sep 1972; Gender Male; Cedula No. 11810943; Former National Treasurer of Venezuela; Former Vice President of Finance for Petroleos de Venezuela, S.A. (PDVSA); Former Presidential Commissioner for Economic and Financial Affairs (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

7. PEREZ AMPUEDA, Carlos Alfredo (Latin: PÉREZ AMPUEDA, Carlos Alfredo), Caracas, Capital District, Venezuela; DOB 13 Dec 1966; citizen Venezuela; Gender Male; Cedula No. 9871452 (Venezuela); National Director of Venezuela's Bolivarian National Police; Former Commander of Carabobo Zone for Venezuela's Bolivarian National Guard (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

8. REVEROL TORRES, Nestor Luis (Latin: REVEROL TORRES, Néstor Luis), Zulia, Venezuela; El Valle, Libertador, Caracas, Capital District, Venezuela; DOB 28 Oct 1964; citizen Venezuela; Gender Male; Cedula No. 7844507 (Venezuela); Passport A0186449 (Venezuela); Venezuela's Minister of Interior, Justice, and Peace; Former Commander General of Venezuela's Bolivarian National Guard; Former Director of Venezuela's Anti-Narcotics Agency (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

9. RIVERO MARCANO, Sergio Jose (Latin: RIVERO MARCANO, Sergio José), Caracas, Captial District, Venezuela; DOB 08 Nov 1964; citizen Venezuela; Gender Male; Cedula No. 6893454 (Venezuela); Commander General of Venezuela's Bolivarian National Guard; Former Commander of the East Integral Strategic Defense Region of Venezuela's National Armed Forces (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

10. SAAB HALABI, Tarek William, Anzoategui, Venezuela; DOB 10 Sep 1962; citizen Venezuela; Gender Male; Cedula No. 8459301 (Venezuela); Passport 5532000 (Venezuela); Venezuela's Ombudsman; President of Venezuela's Republican Moral Council (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

11. SUAREZ CHOURIO, Jesus Rafael (Latin: SUÁREZ CHOURIO, Jesús Rafael), Aragua, Venezuela; Caracas, Venezuela; DOB 19 Jul 1962; citizen Venezuela; Gender Male; Cedula No. 9195336 (Venezuela); General Commander of Venezuela's Bolivarian Army; Former Commander of Venezuela's Central Integral Strategic Defense Region of Venezuela's National Armed Forces; Former Commander of Venezuela's Aragua Integrated Defense Zone of Venezuela's National Armed Forces; Former Leader of the Venezuelan President's Protection and Security Unit (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

12. VARELA RANGEL, Maria Iris (Latin: VARELA RANGEL, María Iris), Caracas, Capital District, Venezuela; DOB 09 Mar 1967; POB San Cristobal, Tachira, Venezuela; citizen Venezuela; Gender Female; Cedula No. 9242760 (Venezuela); Passport 8882000 (Venezuela); Member of Venezuela's Presidential Commission for the Constituent Assembly; Venezuela's Former Minister of the Penitentiary Service (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

13. ZERPA DELGADO, Simon Alejandro (Latin: ZERPA DELGADO, Simón Alejandro), Sucre, Miranda, Venezuela; DOB 28 Aug 1983; Gender Male; Cedula No. 16544324 (Venezuela); Vice President of Finance for Petroleos de Venezuela, S.A. (PDVSA); President

of Venezuela's Economic and Social Development Bank (BANDES); President of Venezuela's National Development Fund (FONDEN); Vice Minister of Investment for Development of Venezuela's Ministry of Economy and Finance; Principal Director of Venezuela's Foreign Trade Bank (BANCOEX); Principal Director of Venezuela's National Telephone Company (CANTV); Current or Former Presidential Commissioner to the Joint Chinese Venezuelan Fund; Current or Former Principal Board Member of Venezuela's National Electric Corporation (CORPOELEC); Former Executive Secretary of Venezuela's National Development Fund (FONDEN) (individual) [VENEZUELA]. Designated pursuant to section 1(a)(ii)(C) of E.O. 13692 for being a current or former official of the Government of Venezuela.

Dated: July 26, 2017.

**John E. Smith,**

*Director, Office of Foreign Assets Control.*

[FR Doc. 2017–16136 Filed 7–31–17; 8:45 am]

**BILLING CODE 4810–AL–P**

---

**DEPARTMENT OF VETERANS AFFAIRS**

**[OMB Control No. 2900–0818]**

**Agency Information Collection Activity Under OMB Review: VA National Veterans Sports Programs and Special Event Surveys Data Collection**

**AGENCY:** Office of Public & Intergovernmental Affairs, Department of Veterans Affairs.

**ACTION:** Notice.

**SUMMARY:** In compliance with the Paperwork Reduction Act (PRA) of 1995, this notice announces that the Office of Public Affairs (OPA), Department of Veterans Affairs, will submit the collection of information abstracted below to the Office of Management and Budget (OMB) for review and comment. The PRA submission describes the nature of the information collection and its expected cost and burden and it includes the actual data collection instrument.

**DATES:** Comments must be submitted on or before August 31, 2017.

**ADDRESSES:** Submit written comments on the collection of information through *www.Regulations.gov*, or to Office of Information and Regulatory Affairs, Office of Management and Budget, Attn: VA Desk Officer; 725 17th St. NW., Washington, DC 20503 or sent through electronic mail to *oira_submission@omb.eop.gov*. Please refer to "OMB

Control No. 2900–0818" in any correspondence.

**FOR FURTHER INFORMATION CONTACT:** Cynthia Harvey-Pryor, Enterprise Records Service (005R1B), Department of Veterans Affairs, 810 Vermont Avenue NW., Washington, DC 20420, (202) 461–5870 or email *cynthia.harvey-pryor@va.gov*. Please refer to "OMB Control No. 2900–0818" in any correspondence.

**SUPPLEMENTARY INFORMATION:**

**Authority:** Public Law 104–13; 44 U.S.C. 3501–3521.

*Titles:* VA National Veterans Sports Programs and Special Event Surveys.

*OMB Control Number:* 2900–0818.

*Type of Review:* Extension without change.

*Abstract:* The Department of Veterans Affairs (VA) administers National Rehabilitation Special Events for Veterans who are receiving care at VA medical facilities. Each event promotes the healing of body and spirit by motivating Veterans to reach their full potential, improve their independence, and achieve a healthier lifestyle and higher quality of life. Surveys are designed to allow program improvement and measure the tangible, quantifiable benefits of the events using event applications. Information collection is used for the planning, distribution and utilization of resources and to allocate clinical and administrative support to patient treatment services.

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The **Federal Register** Notice with a 60-day comment period soliciting comments on this collection of information was published at 82 FR 96 on May 19, 2017, page 23135.

*Affected Public:* Individuals or households.

*Estimated Annual Burden:* 2,782 burden hours.

*Estimated Average Burden per Respondent:* 2.552 minutes.

(a) National Disabled Veterans Winter Sports Clinic, VA Form 10107 (2.5 min.)

(b) National Veterans Creative Arts Festival, VA Form 10108 (2.25 min.)

(c) National Veterans Golden Age Games, VA Form 10109 (2.5 min.)

(d) National Veterans Summer Sports Clinic, VA Form 10110 (2.25 min.)

(e) National Veterans TEE Tournament, VA Form 10111 (2.75 min.)

(f) National Veterans Wheelchair Games, VA Form 10112 (2.75 min.)

*Frequency of Response:* 28.75 (annual).

*Estimated Number of Respondents:* 2275.

By direction of the Secretary.

**Cynthia Harvey-Pryor,**

*Department Clearance Officer, Office of Quality and Compliance, Department of Veterans Affairs.*

[FR Doc. 2017–16124 Filed 7–31–17; 8:45 am]

**BILLING CODE 8320–01–P**

---

**DEPARTMENT OF VETERANS AFFAIRS**

**Privacy Act of 1974; System of Records**

**AGENCY:** Department of Veterans Affairs.

**ACTION:** Notice of amendment to system of records—Department of Veterans Affairs Federal Docket Management System Commenter Information (VAFDMS—Commenter Info)—(140VA00REG).

**SUMMARY:** Pursuant to the provisions of the Privacy Act, notice is hereby given that the Department of Veterans Affairs (VA) is amending the system of records currently entitled, "Department of Veterans Affairs Federal Docket Management System (VAFDMS—Commenter Info)—(140VA02REG)" as set forth in the **Federal Register** on March 3, 2015. VA is amending the system name, clarifying storage location, and updating the address for notification and record access procedures. VA is republishing the system notice in its entirety.

**DATES:** Comments on the amendment of this system of records must be received no later than August 31, 2017. If no public comment is received, the new system will become effective August 31, 2017.

**ADDRESSES:** Written comments concerning the modified system of records may be submitted through *www.Regulations.gov*; by mail or hand-delivery to the Director, Regulations Management (00REG), Department of Veterans Affairs, 810 Vermont Avenue NW., Room 1068, Washington, DC 20420; or by fax to (202) 273–9026. (This is not a toll-free telephone number.) Comments should indicate that they are submitted in response to the amendment of "Department of Veterans Affairs Federal Docket Management System (VAFDMS)—(140VA00REG)." Copies of comments received will be available for public inspection in the Office of Regulation Policy and Management, Room 1063B, between the hours of 8 a.m. and 4:30 p.m., Monday through Friday (except holidays). Please call (202) 461–4902 for an appointment. (This is not a toll-free