UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID RIVERA,

Defendant.
_____/

ORDER SETTING TRIAL DATE

THIS CAUSE is before the Court following a Status Conference held June 11, 2026, at which the United States of America and Defendant, David Rivera, through counsel, appeared before the undersigned. For the reasons stated on the record, it is hereby

ORDERED AND ADJUDGED as follows:

Having considered the Defendant's waiver of his rights under the Speedy Trial Act, the Court finds that the interests of justice served by the trial schedule outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from the date the Status Conference was held, June 11, 2026, to and including the date trial commences – is excludable time under the Speedy Trial Act. See 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

1.     All pretrial motions and motions *in limine* pertaining to the remaining Counts of the Second Superseding Indictment must be filed by **September 28, 2026**. Motions *in limine* may exceed the page limits allowed by the Rules.

2.     The deadline for the tendering of guilty pleas is **October 5, 2026**. *See* United States Sentencing Commission Guidelines Manual, §3El.1 application notes l(h) and 6 ("[to]

qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); *see also, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

4.      Given the length of the trial, this Court finds that a Special Setting of the Trial is warranted. Therefore, the case is set for **Jury Trial** as to the remaining Counts of the Second Superseding Indictment to begin on **October 19, 2026**. Calendar call will be held on **Tuesday, October 13, 2026, at 1:30 p.m.** The trial and all other proceedings will be held in Courtroom 4 on the 10th Floor of the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132.

To the extent the Court made additional or more detailed rulings on the record that are not memorialized in this written Order, those rulings are binding on the parties as set forth on the record.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2