UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-20552-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DAVID RIVERA,

     Defendant.

_____/

**ORDER GRANTING IN PART MOTION TO CONTINUE
SENTENCING HEARING [ECF NO. 555]**

**THIS CAUSE** is before the Court on the Defendant's Motion to Continue Sentencing Hearing, filed June 25, 2026 [ECF No. 555].

THE COURT has considered the Motion, the Response and Reply thereto [ECF Nos. 561 and 564], the pertinent portions of the record, and relevant authorities and is otherwise fully advised.

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 555]** is **GRANTED IN PART**.  The Sentencing hearing will be reset by separate order.

*No further continuances will be granted absent compelling circumstances.*

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of July, 2026.

_____
**MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record