UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN/TORRES

UNITED STATES OF AMERICA

vs.

ESTHER NUHFER

_____/

## ESTHER NUHFER'S NOTICE OF ADOPTION AND JOINDER

Esther Nuhfer respectfully adopts and joins the portions of David Rivera's Motion for New Trial and for Judgment of Acquittal and his Reply (Doc. 543 and 575) that apply to her, including the arguments related to Statute of Limitations, Guilt Assuming Hypotheticals, FBI reports, and Limitations on Closing Argument.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH 1
Miami, FL 33128
Telephone: (305)379-6667
Facsimile: (305) 379-6668

By:    */s/ David Oscar Markus*
       David Oscar Markus
       dmarkus@markuslaw.com

       */s/ Anita Margot Moss*
       Anita Margot Moss