UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CR-20552-DAMIAN/TORRES

UNITED STATES OF AMERICA

vs.

ESTHER NUHFER

_____/

**ESTHER NUHFER'S MOTION TO SEAL SENTENCING MEMORANDUM**

Esther Nuhfer respectfully requests that her Sentencing Memorandum be sealed and in support thereof states:

1.     Ms. Nuhfer is a first-time non-violent offender, scheduled to be sentenced by this Court on August 18, 2026.

2.     The Sentencing Memorandum that has been prepared in support of her sentencing contains details of Ms. Nuhfer's privileged health conditions, as well as protected in-depth medical information for her family members, that appear in various parts throughout the Memorandum.  Such information is Protected Health Information that should not be publicly disclosed.

3.     A similar motion to seal a Sentencing Memorandum was granted for similar reasons in the case of *United States v. Jan Atlas,* 19-cr-60258.

4.     We respectfully request that it be filed under seal until further order of this  Court.

5.      The government opposes this motion.

WHEREFORE Esther Nuhfer respectfully requests that the Court grant the

Motion to Seal the Sentencing Memorandum (before August 4, 2026, the deadline

for filing a motion for variance) until further Order by this Court.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street, PH 1
Miami, FL 33128
Telephone: (305)379-6667
Facsimile: (305) 379-6668

By:     */s/ David Oscar Markus*
David Oscar Markus
dmarkus@markuslaw.com

*/s/ Anita Margot Moss*
Anita Margot Moss
mmoss@markuslaw.com