**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 22-CR-20552-Damian/Torres**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA,**

     **Defendant.**

_____/

## JOINT MOTION TO CONTINUE SENTENCING HEARINIG

The sentencing hearing in this case is set for September 24, 2026.  The undersigned will be out of the District that day and the lead attorney for the Defendant has another trial that conflicts with that date.

The parties seek a date after September 30th for the sentencing hearing, but not October 23, 2026.  The severed tax trial in this matter is currently set to begin October 19, 2026.

WHEREFORE, for the reasons stated above, the parties seek this sentencing continuance.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/ Roger Cruz
Assistant United States Attorney
Florida Bar Number 157971
99 Northeast 4th Street
Miami, Florida 33132

Harold E. Schimkat
Assistant United States Attorney
Court ID No. A5500567
99 N.E. 4th Street, 4th Floor
Miami, Florida 33128
Harold.schimkat@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk

of the Court using CM/ECF.

           /s/ Roger Cruz
           Assistant United States Attorney

2