**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**,

Plaintiff,

vs.

**DAVID RIVERA,**

Defendant.
_________________________________/

**ORDER RE-SETTING TRIAL DATE**

**THIS CAUSE** came before the Court *sua sponte*.

THIS MATTER is Special Set for **Jury Trial** as to the remaining Counts of the Superseding Indictment to begin on **October 26, 2026,** in Courtroom 4 on the 10th Floor of the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida, 33132. A Calendar Call will be held at **1:30 p.m. on October, 13 2026**, at the same location.

All pretrial motions and motions *in limine* pertaining to the remaining Counts of the Superseding Indictment must be filed by **September 28, 2026**.

The deadline for the tendering of guilty pleas is **October 5, 2026**. *See* United States Sentencing Commission Guidelines Manual, §3El.1 application notes l(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently."); *see also, e.g.*, *United*

*States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of August, 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record