**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20552-DAMIAN**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA,**

**Defendant.**
_______________________________/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DAVID RIVERA'S MOTION FOR A SUBSTANTIAL DOWNWARD VARIANCE [ECF NO. 616]**

**THIS CAUSE** is before the Court on the United States of America's Motion for Extension of Time to Respond to David Rivera's Objections to Presentence Investigation Report and Rivera's Motion for a Substantial Downward Variance, filed September 3, 2026 [ECF No. 616].

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised, and, noting the Motion is unopposed, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 616]** is **GRANTED**. The deadline for the United States of America to file its response is extended to **September 11, 2026.**

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 4th day of September, 2026.

_______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record