**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-Cr-20552-Damian/Torres**

**UNITED STATES OF AMERICA**

**vs.**

**DAVID RIVERA and**
**ESTHER NUHFER,**

**Defendants.**
_________________________________/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The United States of America, by and through undersigned counsel, hereby respectfully requests that the Court allow the undersigned to withdraw as counsel from the above-captioned case. The undersigned attorney is departing from the United States Attorney's Office for the Southern District of Florida, effective October 17, 2026, and no longer requires notices of electronic filings. Assistant United States Attorneys Roger Cruz and Noah Dorman will continue as counsel of record for the government in this matter. A proposed order will be submitted directly to chambers.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Harold E. Schimkat*
Harold E. Schimkat, AUSA
Court ID No. A5500567
99 N.E. 4th Street, 4th Floor
Miami, Florida 33128
Office: (305) 961-9298
Cell: (786) 378-4344
Harold.schimkat@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Harold E. Schimkat*
Harold E. Schimkat